UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | M.J. No. 2004M 0J00 RBC |
| ) | |
| v. ) | |
| ) | |
| 1. JULIO CARRION SANTIAGO a/k/a ) "MACHO" ) | |
| 2. PEDRO ALBERTO MIRANDA, a/k/a ) "TAVO" ) | |
| 3. REYNALDO RIVERA, a/k/a "REY" ) | |
| 4. JOSE RODRIGUEZ, ) | |
| 5. ENRIQUE AGOSTO, ) | |
| 6. JOSE TORRADO, ) | |
| 7. CARLOS SANCHEZ, a/k/a "CARLITOS") | |
| 8. LUIS R. SANCHEZ, a/k/a "PITO" ) | |
| 9. EDWIN TORREZ, a/k/a "COQUI", ) a/k/a ""TIM" ) | |
| 10. ZULEIMA REYES a/k/a "LINDA" ) and ) | |
| 11. SANTIAGO ARROYO ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the Complaint, arrest warrants, supporting affidavit, this motion, any ruling on this motion, and all related paperwork until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case and the safety of officers.

OCT 14 2004
ALLOWED;
SO ORDERED
WMC
wm)

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Denise Jefferson Casper
DENISE JEFFERSON CASPER
Assistant U.S. Attorney

Date:   October 14, 2004