◎AO 98  (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

_____  District of  _____MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

_____Luis Sanchez_____
Defendant

Case Number:  04-M-0500

☑ **Non-surety:** I, the undersigned defendant acknowledge that I and my wife, Glenda Sanchez
☐ **Surety:** We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __25,000.00__ , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant  __Luis Sanchez__
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __10/21/04__ at __Boston, MA__
                              Date                                    Place

Defendant X _[signature]_        Address X _427 Rosewood LN_
Surety    X _Glenda Sanchez_     Address X _427 Rosewood Ln._
Surety    _____ Address _____

Signed and acknowledged before me  __10/21/04__
                                      Date

Approved _[signature]_          Noreen A. Russo, Deputy Clerk.
                                Judge/Clerk