JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC
Search Warrant Case Number    2004-M-00501-RBC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  REYNALDO RIVERA _____    Juvenile  ☐ Yes  ☒ No

Alias Name  REY _____

Address  235 18TH ST., APT 204 DRACUT, MA _____

Birth date (Year only): 1978 SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**  Carl Donaldson, Esq. _____    **Address:** 11 Beacon Street, Suite 600
Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____    **Bar Number if applicable**  568116

**Interpreter:**  ☒ Yes ☐ No    **List language and/or dialect:**    SPANISH

**Matter to be SEALED:**  ☐ Yes ☒ No

   ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**    October 15, 2004

☒ **Already in Federal Custody as**  October 15, 2004    in   Plymouth House of Correction   .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____    **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    6

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:  NOVEMBER 10, 2004**    Signature of AUSA:  Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     REYNALDO RIVERA _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City**  Lowell/Fitchburg/Leominster       **Related Case Information:**

**County**  MIDDLESEX/WORCESTER     Superseding Ind./ Inf.  _____     Case No.  _____
                                    Same Defendant  _____   New Defendant  _____
                                    Magistrate Judge Case Number    2004-M-00500-RBC _____
                                    Search Warrant Case Number    _____
                                    R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  ENRIQUE AGOSTO _____     Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address   1 SHATTUCK ST APT 303, LOWELL, MA _____

Birth date (Year only):  1964  SSN (last 4 #): _____  Sex ____  Race: _____  Nationality: _____

**Defense Counsel if known:**  Cathy Byrne, Esq. _____   **Address:** 408 Atlantic Avenue, 3rd Floor _____
                                                                                Boston, MA 02108 _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____     **Bar Number if applicable** 568116 _____

**Interpreter:**      ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**      ☐ Yes  ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**      October 15, 2004 _____

☒ Already in Federal Custody as  October 15, 2004 _____  in   Plymouth House Of Correction _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on _____

**Charging Document:**      ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**      ☐ Petty _____      ☐ Misdemeanor _____      ☒ Felony   1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:  NOVEMBER 10, 2004**      Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ENRIQUE AGOSTO _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. § 846 | **CONSPIRACY TO DISTRIBUTE HEROIN** | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City**  Lowell/Fitchburg/Leominster  **Related Case Information:**

**County**   MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JOSE TORRADO _____  Juvenile ☐ Yes ☒ No

Alias Name _____

Address   241 MOODY STREET, LOWELL, MA _____

Birth date (Year only):  1980  SSN (last 4 #): ____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**   Lenore M. Glaser, Esq. _____  **Address:** 25 Kingston Street _____
Boston, MA 02111 _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____  Bar Number if applicable  568116

**Interpreter:**  ☐ Yes ☒ No  List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes ☒ No

☐ **Warrant Requested**  ☐ **Regular Process**  ☒ **In Custody**

**Location Status:**

**Arrest Date:**   October 15, 2004 _____

☒ Already in Federal Custody as  October 15, 2004 _____ in   Plymouth House of Correction _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  NOVEMBER 10, 2004**     **Signature of AUSA:**  _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    __JOSE TORRADO_____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City**  _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County**  _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. _____    Case No. _____
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number   _2004-M-00500-RBC_____
                                     Search Warrant Case Number    _2004-M-00503-RBC_____
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  _CARLOS SANCHEZ_____    Juvenile   ☐ Yes   ☒ No

Alias Name  _CARLITOS_____

Address  _270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA_____

Birth date (Year only):  _1982_  SSN (last 4 #): _____  Sex ____  Race: _____  Nationality: _____

**Defense Counsel if known:**    _Tony Scola, Esq._____    **Address:**  _47 Harvard Street_____
                                                                            _Worcester, MA 02609_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_____

**Interpreter:**    ☐ Yes ☒ No        **List language and/or dialect:**    _____

**Matter to be SEALED:**    ☐ Yes   ☒ No

       ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**    _October 15, 2004_____

☐ **Already in Federal Custody as** _____  **in**  _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** _Judge Collings_____  **on**  _November 3, 2004_____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:  NOVEMBER 10, 2004**    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   CARLOS SANCHEZ _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency  _DEA_____

City   _Lowell/.Fitchburg/Leominster_        **Related Case Information:**

County   _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____    Case No. _____
                                  Same Defendant _____    New Defendant _____
                                  Magistrate Judge Case Number   _2004-M-00500-RBC_____
                                  Search Warrant Case Number    _____
                                  R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  _LUIS R. SANCHEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name   _PITO_____

Address   _427 ROSEWOOD LANE, LOWELL, MA_____

Birth date (Year only):  _1974_  SSN (last 4 #): _____ Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:**   _Sean T. Delaney, Esq._____    **Address:** _228 Central Street_____
                                                                              _Lowell, MA 01852_____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  _DENISE JEFFERSON CASPER_____    Bar Number if applicable  _568116_____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:        _SPANISH_____

Matter to be SEALED:    ☐ Yes   ☒ No

        ☐ Warrant Requested            ☒ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by _Judge Collings_____  on  _October 21, 2004_____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   _1_____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:  **NOVEMBER 10, 2004**    Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS R. SANCHEZ _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. _I_____  Investigating Agency  _DEA_____

City  _Lowell/Fitchburg/Leominster___    **Related Case Information:**

County   _MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. _____
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number    _2004-M-00500-RBC_____
                                    Search Warrant Case Number    _2004-M-00504-RBC_____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _EDWIN TORREZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address   _219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only):  _1965_  SSN (last 4 #): _____  Sex _M_ Race: _____  Nationality: _____

**Defense Counsel if known:**   _Victoria Bonilla-Argudo, Esq._    Address:  _77 Central Street, 2nd Floor_
                                                                            _Boston, MA 02109_

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  _DENISE JEFFERSON CASPER_____    Bar Number if applicable  _568116_____

Interpreter:    ☒ Yes ☐ No        List language and/or dialect:       _SPANISH_____

Matter to be SEALED:    ☐ Yes    ☒ No

        ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date:        _October 15, 2004_____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  _Judge Collings_____  on  _October 21, 2004_____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  NOVEMBER 10, 2004    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant      EDWIN TORREZ** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant | New Defendant _____ |
| Magistrate Judge Case Number | _2004-M-00500-RBC_ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

**Defendant Name** _JOSE RODRIGUEZ_____    Juvenile   ☐ Yes   ☒ No

**Alias Name** _____

**Address** _261 AIKEN ST 2ND FL. LOWELL, MA_____

**Birth date (Year only):** _1962_   **SSN (last 4 #):** _____   **Sex** ___   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _Valerie S. Carter, Esq._____    **Address:** _530 Atlantic Avenue_
                                                                                          _Boston, MA 02108_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_

**Interpreter:**   ☒ Yes   ☐ No        **List language and/or dialect:**    _SPANISH_____

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ **Warrant Requested**       ☐ **Regular Process**       ☒ **In Custody**

**Location Status:**

**Arrest Date:**    _October 15, 2004_____

☒ **Already in Federal Custody as** _October 15, 2004_____ **in** _Plymouth House of Correction_____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:   NOVEMBER 10, 2004**    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     **JOSE RODRIGUEZ** _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** 1 _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. _____
                                   Same Defendant _____    New Defendant _____
                                   Magistrate Judge Case Number    2004-M-00500-RBC _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ZULEIMA REYES _____    Juvenile    ☐ Yes    ☒ No

Alias Name   LINDA _____

Address   10 CONLON TERRACE, LOWELL, MA _____

Birth date (Year only): 1979   SSN (last 4 #): _____ Sex ____ Race: _____ Nationality: _____

**Defense Counsel if known:**   John D. Hodges, Esq. _____    **Address:** 1360 Main Street _____
                                                                         Tewksbury, MA 01876 _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____    **Bar Number if applicable** 568116 _____

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes ☒ No

    ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**   October 15, 2004 _____

☒ **Already in Federal Custody as** October 15, 2004 _____ in   FCI _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   5

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:  NOVEMBER 10, 2004**    Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ZULEIMA REYES _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. _I___   Investigating Agency __DEA_____

City __Lowell/Fitchburg/Leominster__   **Related Case Information:**

County __MIDDLESEX/WORCESTER__   Superseding Ind./ Inf. _____   Case No. _____
                                  Same Defendant _____   New Defendant _____
                                  Magistrate Judge Case Number __2004-M-00500-RBC____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __SANTIAGO ARROYO_____   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address __4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE_____

Birth date (Year only): __1983__ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____   Bar Number if applicable __568116__

Interpreter:   ☒ Yes   ☐ No   List language and/or dialect:   __SPANISH__

Matter to be SEALED:   ☐ Yes   ☒ No

   ☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **NOVEMBER 10, 2004**   Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    SANTIAGO ARROYO _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _I_    **Investigating Agency** _DEA_

**City** _Lowell/Fitchburg/Leominster_   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _2004-M-00509-RBC_
Search Warrant Case Number _____
R 20/R 40 from District of _Eastern District of New York_

**Defendant Information:**

Defendant Name  _JUAN NUNEZ_    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: _____

**Defense Counsel if known:** _Roger Witkins, Esq._   **Address:** _6 Beacon Street, Suite 1010_
_Boston, MA 02108_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_   **Bar Number if applicable** _568116_

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** _SPANISH_

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_

☒ Already in Federal Custody as _October 15, 2004_ in _Plymouth House of Correction_ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** NOVEMBER 10, 2004    Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   JUAN NUNEZ _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**