AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_Eastern_ _____ DISTRICT OF _____ MASSACHUSETTS

## APPEARANCE

Case Number: 04-10336-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Luis R Sanchez

I certify that I am admitted to practice in this court.

November 22, 2004
Date

_[Signature]_
Signature

Robert M Goldstein   630584
Print Name            Bar Number

114 State Street
Address

Boston            MA            02109
City              State         Zip Code

(617) 745-4612    (617) 742-9013
Phone Number                   Fax Number

11/22/04
Noreen Russo
Deputy Clerk