# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES   ☐ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Luis R Sanchez   FOR   AT

LOCATION NUMBER: 04mj005-RBC
04CR 10336-NMG-06

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: Rober B. Collings
District Court: MASS
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Alpine Inviomental Service, 21 Progress Ave, Chelmsford, MASS
- IF YES, how much do you earn per month? $ 2,320.00
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☒ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ 1,800
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- RECEIVED: $ ___   SOURCES: ___

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 150.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - VALUE $ 8,000 — Ford Expedition 99
  - VALUE $ 12,000 — Time Share in Florida

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED (SINGLE / WIDOWED / SEPARATED OR DIVORCED)
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them:
  - Glenda Sanchez (wife)
  - Luis Armando Sanchez (son)
  - Kiara Liz Sanchez (daughter)

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Redwood Terrace Apartment | $ | $ 1,038.00 |
| Nashua Toyota Financial | $ 18,000 | $ 343.00 |
| Time Share in Florida | $ 12,000 | $ 200.00 |
| Florida Loan to pay off Credit cards | $ 13,000 | $ 310.00 |

Insurance For The Car #140.00, Electricity #60.00, Hose Phone #55.00  Cable #80.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) NOV 18 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Luis Ramiro Sanchez