UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 04-10336-NG |
| v. | ) | |
| | ) | |
| LUIS R. SANCHEZ | ) | |

**Motion to Withdraw as Counsel**

Now comes the undersigned counsel and hereby moves the Court for an order allowing counsel to withdraw his appearance in this matter and an order appointing successor counsel. As grounds and reasons therefore, counsel's calendar is simply too busy to provide the defendant with effective representation in this matter, especially considering that counsel was recently appointed to represent John Connolly in the matter of <u>United States v. John Connolly</u>, which will require an incredible amount of time to learn the record in that matter.

WHEREFORE, counsel respectfully requests permission to withdraw from the instant matter.

                                                        Respectfully submitted,
                                                        The Defendant,
                                                        By his attorney,

                                                        _____
                                                       Robert M. Goldstein
                                                       Mass. Bar No. 630584
                                                       20 Park Plaza, Suite 903
                                                       Boston MA 02116
                                                       (617) 742-9015

Dated: April 12, 2005


## CERTIFICATE OF SERVICE

    I, Robert M. Goldstein, hereby certify that on this 12th day of April, 2005, I have served a copy of the instant pleading, via electronic filing, upon Assistant U.S. Attorney Denise Casper.

                                                        _____
                                                        Robert M. Goldstein