UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LUIS R. SANCHEZ )<br>) | No. 04-10336-NG |

**<u>Assented-To Motion For Additional Time to File Motions</u>**

Now comes the defendant, Luis R. Sanchez, by and through undersigned counsel, pursuant to Rule 45 of the Federal Rules of Criminal Procedure, and hereby moves the Court for an order enlarging the time in which the defendant shall file motions in the above-captioned matter, from April 13, 2005 to May 13, 2005. As grounds and reasons therefore, counsel has filed on this date a motion to withdraw as counsel. Additionally, should the Court not allow counsel's motion to withdraw, the defendant needs additional time to conclude his review of the discovery furnished in this matter, including certain wiretap evidence, and prepare any appropriate motions. Counsel was on trial before the Honorable Mark L. Wolf in the matter of <u>United States v. Nicholas Scangas</u> (No. 03-10305-MLW) from January 31, 2005 to February 28, 2005, and has spent the last month or so attempting to address all of the matters displaced by said trial, but additional time will be needed to prepare motions in this matter.

The government, by and through Assistant U.S. Attorney Denise Casper, assents to the allowance of the instant motion.

WHEREFORE, the defendant respectfully requests an enlargement of time to file motions in this matter to May 13, 2005.

                        Respectfully submitted,
                        The Defendant,
                        By his attorney,

                        _____
                        Robert M. Goldstein
                        Mass. Bar No. 630584
                        20 Park Plaza, Suite 903
                        Boston MA 02116
                        (617) 742-9015

Dated: April 12, 2005

## CERTIFICATE OF SERVICE

    I, Robert M. Goldstein, hereby certify that on this 12th day of April, 2005, I have served a copy of the instant pleading, via electronic filing, upon Assistant U.S. Attorney Denise Casper.

                        _____
                        Robert M. Goldstein