✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. _X_____   Case No. _04-10336-NMG_
  Same Defendant _____ New Defendant _____
  Magistrate Judge Case Number _2004-M-00500-RBC_____
  Search Warrant Case Number _2004-M-00502-RBC_____
  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _JULIO CARRION SANTIAGO_____   Juvenile  ☐ Yes  ☒ No

Alias Name  _MACHO_____

Address  _264 MECHANIC ST., 2ND FL., LEOMINSTER, MA_____

Birth date (Year only): _1959_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _John Cicilline, Esq._____   **Address:** _387 Atwells Avenue_____
  _Providence, RI 02909_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____   Bar Number if applicable _568116_____

**Interpreter:**  ☐ Yes ☒ No   List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

  ☐ **Warrant Requested**   ☐ **Regular Process**   ☒ **In Custody**

**Location Status:**

**Arrest Date:**   _October 15, 2004_____

☒ Already in Federal Custody as _October 15, 2004_____ in _Plymouth House of Correction_____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  _3_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:  APRIL 13, 2005**   **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JULIO CARRION SANTIAGO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   18 USC § 924(c) | Possession of firearms in furtherance of a drug | 7 |
| Set 3   26 USC 5861(d) | Possession of unlicenced firearms | 8 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** _____    Category No. _I_    **Investigating Agency** __DEA__

**City** __Lowell/Fitchburg/Leominster__    **Related Case Information:**

**County** __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf.  _X_    Case No.  04-10336-NMG
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  _2004-M-00500-RBC_
Search Warrant Case Number  _2004-M-00505-RBC_
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name __PEDRO ALBERTO MIRANDA__    Juvenile  ☐ Yes  ☒ No

Alias Name  __TAVO, Carlos Colon__

Address  __212 WILDER ST., LOWELL, MA__

Birth date (Year only):  _1969_  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**  __John Palmer, Esq.__    **Address:** __24 School Street__
__Boston, MA 02108__
**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** __DENISE JEFFERSON CASPER__    Bar Number if applicable  _568116_

**Interpreter:** ☒ Yes ☐ No    List language and/or dialect:  __SPANISH__

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**  __October 15, 2004__

☒ Already in Federal Custody as  __October 15, 2004__  in  __Plymouth House of Correction__ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  _1_

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**    PEDRO ALBERTO MIRANDA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf.  _X_____    Case No.    _04-10336NMG_____
                                      Same Defendant _____    New Defendant _____
                                      Magistrate Judge Case Number    _2004-M-00500-RBC_____
                                      Search Warrant Case Number    _2004-M-00501-RBC_____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _REYNALDO RIVERA_____    Juvenile    ☐ Yes    ☒ No

Alias Name    _REY_____

Address    _235 18TH ST., APT 204 DRACUT, MA_____

Birth date (Year only): _1978_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**    **Carl Donaldson, Esq.**_____    **Address:** _11 Beacon Street, Suite 600_
                                                                        _Boston, MA 02108_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_____

**Interpreter:**    ☒ Yes ☐ No    **List language and/or dialect:**    **SPANISH**_____

**Matter to be SEALED:**    ☐ Yes ☒ No

        ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**    **October 15, 2004**_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by _Judge Collings_    **on**    **November 12, 2004**_____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**    **6**_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:  APRIL 13, 2005**_____    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     REYNALDO RIVERA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:** _____    Category No. _I_____    **Investigating Agency** __DEA_____

**City** __Lowell/Fitchburg/Leominster___    **Related Case Information:**

**County** __MIDDLESEX/WORCESTER___    Superseding Ind./ Inf. __X_____    Case No. __04-10336-NMG___
                                         Same Defendant _____    New Defendant _____
                                         Magistrate Judge Case Number __2004-M-00500-RBC_____
                                         Search Warrant Case Number _____
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ENRIQUE AGOSTO_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __1 SHATTUCK ST APT 303, LOWELL, MA_____

Birth date (Year only): __1964__ SSN (last 4 #): _____ Sex ____ Race: _____ Nationality: _____

**Defense Counsel if known:** __Cathy Byrne, Esq._____    Address: __408 Atlantic Avenue, 3rd Floor___
                                                                     __Boston, MA 02108_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __DENISE JEFFERSON CASPER_____    Bar Number if applicable __568116_____

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

          ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** __October 15, 2004_____

☒ Already in Federal Custody as __October 15, 2004_____ in __Plymouth House Of Correction___ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: **Ordered by** _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date: APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     ENRIQUE AGOSTO _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | CONSPIRACY TO DISTRIBUTE HEROIN | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. __X_____    Case No. ___04-10336NMG____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number ____2004-M-00500-RBC____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _JOSE TORRADO_____    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address _241 MOODY STREET, LOWELL, MA_____

Birth date (Year only): _1980_  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _Lenore M. Glaser, Esq._____    **Address:** _25 Kingston Street_
_Boston, MA 02111_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    Bar Number if applicable _568116_____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

   ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** Ordered by _Judge Collings_ on _November 12, 2004_

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony** _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** **APRIL 13, 2005**    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **JOSE TORRADO** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    **21 USC § 846** | **Conspiracy to distribute heroin** | **1** |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _1_____   **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster____   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf.   _X_____   Case No.   _04-10336-NMG___
                                    Same Defendant _____   New Defendant _____
                                    Magistrate Judge Case Number   _2004-M-00500-RBC_____
                                    Search Warrant Case Number   _2004-M-00503-RBC_____
                                    R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  _CARLOS SANCHEZ_____   Juvenile   ☐ Yes   ☒ No

Alias Name  _CARLITOS_____

Address  _270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA_____

Birth date (Year only): _1982_  SSN (last 4 #): _____  Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:**   _Tony Scola, Esq._____   **Address:** _47 Harvard Street_____
                                                                      _Worcester, MA 02609_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____   **Bar Number if applicable** _568116_____

**Interpreter:**   ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

    ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**   _October 15, 2004_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** _Judge Collings_____ **on** _November 3, 2004_____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:  APRIL 13, 2005**      **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS SANCHEZ _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/.Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. __X_____    Case No. __04-10336-NMG__
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number    _2004-M-00500-RBC_____
                                    Search Warrant Case Number    _____
                                    R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name _LUIS R. SANCHEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name    _PITO_____

Address    _427 ROSEWOOD LANE, LOWELL, MA_____

Birth date (Year only): _1974_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**    _Sean T. Delaney, Esq.___    **Address:** _228 Central Street_____
                                                          _Lowell, MA 01852_____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _DENISE JEFFERSON CASPER_____    Bar Number if applicable _568116_____

**Interpreter:**    ☒ Yes ☐ No    List language and/or dialect:    _SPANISH_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** _Judge Collings___ **on** _October 21, 2004___

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _1___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** _APRIL 13, 2005_    **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS R. SANCHEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                 **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency __DEA_____

City __Lowell/Fitchburg/Leominster__    **Related Case Information:**

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. __X_____    Case No. __04-10336-NMG__
                                   Same Defendant _____    New Defendant _____
                                   Magistrate Judge Case Number __2004-M-00500-RBC__
                                   Search Warrant Case Number __2004-M-00504-RBC__
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __EDWIN TORREZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only): __1965__ SSN (last 4 #): ____ Sex _M_ Race: _____ Nationality: _____

**Defense Counsel if known:** __Victoria Bonilla-Argudo, Esq.__    Address: __77 Central Street, 2nd Floor__
**Bar Number:** _____    __Boston, MA 02109__

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER___    Bar Number if applicable __568116__

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __SPANISH__

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: __October 15, 2004_____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __Judge Collings__    on __October 21, 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __APRIL 13, 2005__    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    EDWIN TORREZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_     **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. _X_____   Case No. _04-10336-NMG_
                                   Same Defendant _____   New Defendant _____
                                   Magistrate Judge Case Number _2004-M-00500-RBC_
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _JOSE RODRIGUEZ_____          Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _261 AIKEN ST 2ND FL. LOWELL, MA_____

Birth date (Year only): _1962_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _Valerie S. Carter, Esq._     **Address:** _530 Atlantic Avenue_
                                                                       _Boston, MA 02108_
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _DENISE JEFFERSON CASPER_____     Bar Number if applicable _568116_

**Interpreter:**   ☒ Yes ☐ No     List language and/or dialect:   _SPANISH_

**Matter to be SEALED:**   ☐ Yes ☒ No

    ☐ **Warrant Requested**     ☐ **Regular Process**     ☒ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☒ Already in Federal Custody as _October 15, 2004_ in _Plymouth House of Correction_ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date: APRIL 13, 2005**     Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**    **JOSE RODRIGUEZ** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** __I_____ **Investigating Agency** __DEA_____

**City** __Lowell/Fitchburg/Leominster__    **Related Case Information:**

**County** __MIDDLESEX/WORCESTER__

| | |
|---|---|
| Superseding Ind./ Inf. __X_____ | Case No. __04-10336-NMG__ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | __2004-M-00500-RBC_____ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name __ZULEIMA REYES_____    Juvenile   ☐ Yes   ☒ No

Alias Name __LINDA_____

Address __10 CONLON TERRACE, LOWELL, MA_____

Birth date (Year only): __1979__ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** __John D. Hodges, Esq._____ **Address:** __1360 Main Street_____
                                                           __Tewksbury, MA 01876__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __DENISE JEFFERSON CASPER_____ **Bar Number if applicable** __568116__

**Interpreter:**    ☐ Yes ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes ☒ No

    ☐ **Warrant Requested**       ☒ **Regular Process**       ☐ **In Custody**

**Location Status:**

**Arrest Date:** __October 15, 2004_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** __Judge Collings__ **on** __November 15, 2004_____

**Charging Document:**    ☐ **Complaint**     ☐ **Information**     ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** __5__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** **APRIL 13, 2005**      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ZULEIMA REYES _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**       <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:** _____   **Category No.** <u>1</u>    **Investigating Agency** <u>DEA</u>

**City**   <u>Lowell/Fitchburg/Leominster</u>    **Related Case Information:**

**County**   <u>MIDDLESEX/WORCESTER</u>    Superseding Ind./ Inf.   <u>X</u>     Case No.   <u>04-10336-NMG</u>
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   <u>2004-M-00500-RBC</u>
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   <u>SANTIAGO ARROYO</u>      Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   <u>4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE</u>

Birth date (Year only): <u>1983</u>   SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   <u>DENISE JEFFERSON CASPER</u>    **Bar Number if applicable**   <u>568116</u>

**Interpreter:**   ☒ Yes ☐ No    **List language and/or dialect:**   <u>SPANISH</u>

**Matter to be SEALED:**   ☐ Yes ☒ No

    ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   <u>2</u>

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   **APRIL 13, 2005**     Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    SANTIAGO ARROYO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City**  _Lowell/Fitchburg/Leominster_  **Related Case Information:**

**County**  _MIDDLESEX/WORCESTER_  Superseding Ind./ Inf.  _X_____  Case No.  _04-10336-NMG_
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  _2004-M-00509-RBC_____
Search Warrant Case Number  _____
R 20/R 40 from District of  _Eastern District of New York_____

**Defendant Information:**

Defendant Name  _JUAN NUNEZ_____  Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_ Race: _____  Nationality: _____

**Defense Counsel if known:**  _Roger Witkins, Esq._____  Address: _6 Beacon Street, Suite 1010_____
_Boston, MA 02108_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  _DENISE JEFFERSON CASPER_____  Bar Number if applicable  _568116_____

**Interpreter:**  ☒ Yes  ☐ No  **List language and/or dialect:**  _SPANISH_____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**  ☐ **Regular Process**  ☒ **In Custody**

**Location Status:**

**Arrest Date:**  _October 15, 2004_____

☒ Already in Federal Custody as  _October 15, 2004_____  in  _Plymouth House of Correction_____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on  _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  APRIL 13, 2005    **Signature of AUSA:**  _Denise Jefferson Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**    JUAN NUNEZ    _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**