# Linesheet - No Transcript

October 14, 2004          12:49:25

## Selection Criteria

Selected records from:
- Line: 347-200-5004 T-MOBILE
'User Defined:Document of type Synopsis cont
ains exact phrase PITO ' filter applied.

347-200-5004

Pito

# DRAFT

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 223 | |

| | |
|---|---|
| **Date:** | 6/7/2004 |
| **Start Time:** | 12:32:39 |
| **Duration:** | 00:01:21 |
| **Direction:** | Incoming |
| **Monitored By:** | sanderson |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9788042646 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming: 978-804-2646

Sub:   Angel Santos
        312 Aiken Ave. Fl 1
        Lowell, MA

User:  Pito

Pito to Julio

Pito wants to know what time they'll meet today. Julio says it'll have to be in the afternoon. But Pito says he'll be working in the afternoon. Julio asks if they [Julio & Pito] are going to play ball. Pito says yes. Julio asks how many innings they're going to play today. Pito says three [3].

Julio says they have to collect today and asks if it's thirty [30] pesos. Pito says yes. Julio says he'll collect the thirty [30] pesos and then pass by there [no location provided]. Julio asks Pito to beep him with Pito's number because he [Julio] is in another car and doesn't have the number. Julio says that he's got Pito's beeper number in his van. Julio asks Pito to beep Julio when he [Pito] gets off work. Pito says okay.

EOC

SV: SBA
QC: JO

Linesheet - No Transcript

| | | **File Number:** |
|---|---|---|
| **Case:** | CC-04-0036 | |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 248 | |
| | | |
| **Date:** | 6/7/2004 | |
| **Start Time:** | 17:34:37 | |
| **Duration:** | 00:00:42 | |
| **Direction:** | Outgoing | |
| **Monitored By:** | vcastella | |
| **Classification:** | Pertinent | |
| **Complete:** | Completed | |
| **Dialed Digits:** | 19788042646 | |
| **Participants:** | SANTIAGO, Julio | |

## Comments

## Synopsis

Outgoing: 978-804-2646

Sub:  Angel Santos
      312 Aiken Ave. Fl 1
      Lowell, MA

User:  Pito

Pito to Julio

Julio asks if Pito had forgotten. Pito says he was working. Julio tells Pito he's going to leave some clothes at the laundry and will head over there [unspecified] in 5 minutes. Pito says fine, and asks if Julio is [U/I] house. Julio asks Pito to be ready because he's going to call Pito once he [Julio] is close by so they can go to play.

EOC

SV:VC
RV: SBA

Linesheet - No Transcript

| | | **File Number:** |
|---|---|---|
| **Case:** | CC-04-0036 | |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 252 | |

| | |
|---|---|
| **Date:** | 6/7/2004 |
| **Start Time:** | 18:01:30 |
| **Duration:** | 00:00:14 |
| **Direction:** | Outgoing |
| **Monitored By:** | vcastella |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19788042646 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-804-2646

Sub:  Angel Santos
        312 Aiken Ave. Fl 1
        Lowell, MA

User: Pito

Julio to Pito

Julio tells Pito he's waiting for Pito there. Pito replies he'll be there right now.

EOC

SV:VC
RV: SBA

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 397 | |

| | |
|---|---|
| **Date:** | 6/20/2004 |
| **Start Time:** | 13:58:35 |
| **Duration:** | 00:01:36 |
| **Direction:** | Unknown |
| **Monitored By:** | jo'brien |
| **Classification:** | Non-Pertinent |
| **Complete:** | Not Completed |
| **Dialed Digits:** | |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing (978) 828-6684

Sub:    Unavailable
        Lawrence, MA

User:    Pito

Julio calls Pito [poss. returning page. See Call 396]. Pito identifies himself as "Julio's son". Julio doesn't recognize Pito. Pito says he is Julio's cousin who he [Julio] had seen in Leominster. Pito asks Julio to call his [Julio's] son and tell him to go to his [Jr's] house, because Pito is going to go there. Julio says he thinks Julio Jr. is at home.

Julio gives Pito directions to Julio Jr's house: from the little bridge, 4th house on the left, near a park. The apartment is on the 1st floor of a 3-storey building with a "for sale" sign.

EOC

SV: JO
RV:VC

| | |
|---|---|
| **Case:** | CC-04-0036 |
| **Target:** | Julio SANTIAGO |
| **Line:** | 347-200-5004 T-MOBILE |
| **Session:** | 423 |

**File Number:**

| | |
|---|---|
| **Date:** | 6/29/2004 |
| **Start Time:** | 17:51:45 |
| **Duration:** | 00:00:19 |
| **Direction:** | Outgoing |
| **Monitored By:** | sanderson |
| **Classification:** | Non-Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 13472005004 |
| **Participants:** | SANTIAGO, Julio |
| | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 1-347-200-5004

Recording says caller has one new message.

1. Tuesday @ 3:15 pm. Pito calls for Julio and asks Julio to call him back. Message was deleted.

EOC

SV: SBA

Linesheet - No Transcript

| | | | |
|---|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** | |
| **Target:** | Julio SANTIAGO | | |
| **Line:** | 347-200-5004 T-MOBILE | | |
| **Session:** | 45 | | |

| | |
|---|---|
| **Date:** | 8/18/2004 |
| **Start Time:** | 21:31:05 |
| **Duration:** | 00:01:33 |
| **Direction:** | Incoming |
| **Monitored By:** | vcastella |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

incoming: 978-996-7994

Sub:   Julio Cora
       5 Fulton Ave.
       Lowell, MA

Pito to Julio

Julio and Pito greet.  Julio tells Pito last time he waited for Pito, and Pito left him a message.  Pito says that Pin [a/k/a Tim, Coqui] told him. Julio tells that he [J] told Pin [Tim, Coqui] ahead of time, and told him to tell Pito. Julio says that Pito never answered Julio's call. Julio advises Pito that the call may drop.
Pito says that Pin [Tim, Coqui] gave it to him [Pito]. Julio tells Pito that the maybe tomorrow afternoon, Julio and Pito will call each other.

EOC

SV:VC
QC: JO
SBA [Changed Sub. info] 8/31/04

| Case: | CC-04-0036 | **File Number:** |
|---|---|---|
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 55 | |

| | |
|---|---|
| **Date:** | 8/19/2004 |
| **Start Time:** | 17:26:41 |
| **Duration:** | 00:00:55 |
| **Direction:** | Incoming |
| **Monitored By:** | vcastella |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming: 978-996-7994

Sub:   Julio Cora
       5 Fulton Ave.
       Lowell, MA

Julio's voice mail: Pito leaves a message for Julio to call him back.

EO

SV:VC
RV: SBA
SBA [Changed Sub. info] 8/31/04

Linesheet - No Transcript

| | |
|---|---|
| **Case:** | CC-04-0036 |
| **Target:** | Julio SANTIAGO |
| **Line:** | 347-200-5004 T-MOBILE |
| **Session:** | 59 |

**File Number:**

| | |
|---|---|
| **Date:** | 8/19/2004 |
| **Start Time:** | 18:23:01 |
| **Duration:** | 00:00:58 |
| **Direction:** | Incoming |
| **Monitored By:** | vcastella |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming: 978-996-7994

Sub:   Julio Cora
       5 Fulton Ave.
       Lowell, MA

Julio's voice mai: Pito leaves a message saying that the car [poss. new Mercedes] is ready, is in primer, and is waiting for the paint to finish it.  Pito asks Julio to call him back.

EOC

SV: VC [Car brand specified as per agent instructions]
RV: SBA
QC: JO
SBA [Changed Sub. info] 8/31/04

Linesheet - No Transcript

| | | | |
|---|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** | |
| **Target:** | Julio SANTIAGO | | |
| **Line:** | 347-200-5004 T-MOBILE | | |
| **Session:** | 63 | | |

| | |
|---|---|
| **Date:** | 8/19/2004 |
| **Start Time:** | 19:17:59 |
| **Duration:** | 00:01:18 |
| **Direction:** | Outgoing |
| **Monitored By:** | vcastella |
| **Classification:** | Non-Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 13472005004 |
| **Participants:** | SANTIAGO, Julio |
| | SANTIAGO, Julio |

---

### Comments

### Synopsis

Outgoing to target number

Message retrieval

1. Thursday @ 4:50 pm. Tim [Pin, Coqui] asks Julio to call him back. Message deleted.

2. Thursday @ 5:30 pm. Pito calls and asks Julio to call him back. Message deleted.

3. Thursday @ 6:27 pm. Pito calls to tell Julio that the car is ready, that it's in primer, and is waiting for the paint to finish the car. Message deleted.

4. Thursday @ 6:52 pm. Tim [Pin, Coqui] calls to tell Julio that he needs the [U/I] because he's leaving on Friday.

EOC

SV:VC
RV: SBA

Linesheet - No Transcript

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 75 | |

| | |
|---|---|
| **Date:** | 8/20/2004 |
| **Start Time:** | 11:13:09 |
| **Duration:** | 00:00:57 |
| **Direction:** | Incoming |
| **Monitored By:** | jo'brien |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9789967994 |
| **Participants:** | SANTIAGO, Julio |

---

### Comments

---

### Synopsis

Incoming: 978-996-7994

Sub:  Julio Cora
      5 Fulton Ave.
      Lowell, MA

User:  Pito

Pito says he was calling Julio.  Julio says he was away, and that he had told that guy.  Julio says that guy got tired of calling him too, to go to the game.  Julio says that he wasn't able to call either of them [Pito or the other guy].  Pito says that they are going to play down there today, far away. Julio asks if Pito is free today.  Pito says he gets off at 2 p.m.

Julio says he will be "there" at about that time.  Julio tells Pito to page him when he leaves.

EOC

SV: JO
RV:VC
SBA [Changed Sub. info] 8/31/04

Linesheet - No Transcript

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 79 | |

| | |
|---|---|
| **Date:** | 8/20/2004 |
| **Start Time:** | 14:28:12 |
| **Duration:** | 00:00:48 |
| **Direction:** | Unknown |
| **Monitored By:** | jo'brien |
| **Classification:** | Pertinent |
| **Complete:** | Not Completed |
| **Dialed Digits:** | |
| **Participants:** | SANTIAGO, Julio |

### Comments

### Synopsis

Outgoing:Unknown

Sub: Unavailable

Julio to Pito. Pito says he is just leaving work. Julio asks if they [Julio, Pito, et al] are going to be there. Pito says yes. Julio says he is on the way. Pito says he is almost home, and won't be long. Julio tells him to wait for him down there.

EOC

SV: JO
RV:VC

LS275

Linesheet - No Transcript

| Case: | CC-04-0036 | **File Number:** |
|---|---|---|
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 124 | |

| | |
|---|---|
| **Date:** | 8/21/2004 |
| **Start Time:** | 14:53:52 |
| **Duration:** | 00:02:05 |
| **Direction:** | Incoming |
| **Monitored By:** | vcastella |
| **Classification:** | Non-Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9788044167 |
| **Participants:** | HENG, SEDA (NEXTEL) |
| | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming: 978-804-4167

Sub:  Jessica Seda Heng
      359 Concord St Apt.2
      Lowell, MA.

User:  Jessica

Jessica to Julio

Jessica tells Julio that Pito will go out, too, so she wants Julio to take the van. Julio puts Jessica on hold.

[BACKGROUND: Julio orders some drinks.]

Julio asks if Evelyn, Pito, Jessica, and Roger are all going out. Jessica says yes. Julio jokes with Jessica about Roger being Jessica's husband. Julio asks where he should pick Jessica up later on, and if Jessica's friend is going, too. Julio suggests that they meet at Roger's place. Julio asks Jessica to call him back and let him know.

EOC

SV:VC
RV: SBA

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 217 | |

| | |
|---|---|
| **Date:** | 8/26/2004 |
| **Start Time:** | 09:11:09 |
| **Duration:** | 00:00:58 |
| **Direction:** | Incoming |
| **Monitored By:** | sanderson |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming: 978-996-7994

Sub:  Julio Cora
       5 Fulton Ave.
       Lowell, MA

Julio's voice mail. Pito leaves a message asking Julio to call at above number.

EOC

SV: SBA
RV:VC
SBA [Changed Sub. info] 8/31/04

Linesheet - No Transcript

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 220 | |

| | |
|---|---|
| **Date:** | 8/26/2004 |
| **Start Time:** | 11:32:29 |
| **Duration:** | 00:01:34 |
| **Direction:** | Incoming |
| **Monitored By:** | sanderson |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming: 978-996-7994

Sub:   Julio Cora
       5 Fulton Ave.
       Lowell, MA

User:  Pito

Pito to Julio

Julio tells Pito that he just arrived from Michigan where he went to see his niece's husband who is in the hospital. Julio tells Pito that he had to take his niece's kid to see his father. Pito says it's about 11:30 and that he's working. Julio mentions that he just got back from Michigan.

Julio asks if he needs him to go and fill out the papers. Pito says yes and that it'll cost 30 pesos. Julio asks Pito to call him when he [Pito] gets out of work. Julio tells Pito that if he sees the guy [no name given] to tell him that if he needs to polish the car to call him [Julio]. Pito says he'll pass the message along.

EOC

SV: SBA
QC: JO
SBA [Changed Sub. info] 8/31/04

Linesheet - No Transcript

| Case: | CC-04-0036 | **File Number:** |
|---|---|---|
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 226 | |

| | |
|---|---|
| **Date:** | 8/26/2004 |
| **Start Time:** | 14:03:50 |
| **Duration:** | 00:01:08 |
| **Direction:** | Incoming |
| **Monitored By:** | sanderson |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming: 978-996-7994

Sub:   Julio Cora
          5 Fulton Ave.
          Lowell, MA

User:  Pito

Pito to Julio

Pito tells Julio that "he" said he was going to call Julio. Pito asks if "he" is going to need Pito to fix the car. Julio says no. Pito tells Julio that he found out about the papers and that the price went up. It's 50 pesos now. So Julio says that they [Julio, Pito et al.] will need to go by the attorney's to talk to him. Julio says he's going to call the attorney to take care of that. The only thing is that it's going to be a little late because he's tired.

Pito asks Julio to call him. So tells Pito to beep him with his number since Julio doesn't know it.

EOC

SV: SBA
RV:VC
SBA [Changed Sub. info] 8/31/04

Linesheet - No Transcript

| | | | |
|---|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** | |
| **Target:** | Julio SANTIAGO | | |
| **Line:** | 347-200-5004 T-MOBILE | | |
| **Session:** | 236 | | |

| | |
|---|---|
| **Date:** | 8/26/2004 |
| **Start Time:** | 17:20:43 |
| **Duration:** | 00:01:09 |
| **Direction:** | Outgoing |
| **Monitored By:** | vcastella |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:   Julio Cora
       5 Fulton Ave.
       Lowell, MA

Pito's voice mail. Page sent.

EOC

SV:VC
RV: SBA
SBA [Changed Sub. info] 8/31/04

| | | | |
|---|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** | |
| **Target:** | Julio SANTIAGO | | |
| **Line:** | 347-200-5004 T-MOBILE | | |
| **Session:** | 237 | | |

| | |
|---|---|
| **Date:** | 8/26/2004 |
| **Start Time:** | 17:26:30 |
| **Duration:** | 00:00:30 |
| **Direction:** | Outgoing |
| **Monitored By:** | vcastella |
| **Classification:** | Non-Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:   Julio Cora
          5 Fulton Ave.
          Lowell, MA

Pito's voice mail. No message left.

EOC

SV:VC
RV: SBA
SBA [Changed Sub. info] 8/31/04

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 238 | |

| | |
|---|---|
| **Date:** | 8/26/2004 |
| **Start Time:** | 17:27:09 |
| **Duration:** | 00:00:22 |
| **Direction:** | Incoming |
| **Monitored By:** | vcastella |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming: 978-996-7994

Sub:   Julio Cora
       5 Fulton Ave.
       Lowell, MA

User:  Pito

Pito to Julio

Julio ask if Pito is sleeping. Pito says he's taking a shower. Julio says he's going down there already. Pito says he'll call Julio as soon as he finishes.

EOC

SV:VC
RV: SBA
SBA [Changed Sub. info] 8/31/04

| | |
|---|---|
| **Case:** | CC-04-0036 |
| **Target:** | Julio SANTIAGO |
| **Line:** | 347-200-5004 T-MOBILE |
| **Session:** | 244 |

**File Number:**

| | |
|---|---|
| **Date:** | 8/26/2004 |
| **Start Time:** | 17:48:11 |
| **Duration:** | 00:00:31 |
| **Direction:** | Outgoing |
| **Monitored By:** | vcastella |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:   Julio Cora
       5 Fulton Ave.
       Lowell, MA

Pito's voice mail. No message left.

EOC

SV:VC
RV: SBA
SBA [Changed Sub. info] 8/31/04

| | | **File Number:** |
|---|---|---|
| **Case:** | CC-04-0036 | |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 245 | |

| | |
|---|---|
| **Date:** | 8/26/2004 |
| **Start Time:** | 17:50:36 |
| **Duration:** | 00:00:35 |
| **Direction:** | Outgoing |
| **Monitored By:** | vcastella |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming: 978-996-7994

Sub:  Julio Cora
        5 Fulton Ave.
        Lowell, MA

User:  Pito

Julio to Pito

Pito asks what Julio is going to do and Julio says that he has been waiting for more than half an hour. Pito says he's on his way there, but that the cousins are around there. Julio tells Pito he was about to leave. Pito says he's on his way there.

EOC

SV:VC
RV: SBA
SBA [Changed Sub. info] 8/31/04

Classification: UNCLASSIFIED

Linesheet - No Transcript                                                          10/14/2004 12:49:25

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 247 | |

| | |
|---|---|
| **Date:** | 8/26/2004 |
| **Start Time:** | 17:57:58 |
| **Duration:** | 00:00:31 |
| **Direction:** | Outgoing |
| **Monitored By:** | vcastella |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19789967994 |
| **Participants:** | SANTIAGO, Julio |

---

### Comments

---

### Synopsis

Outgoing: 978-996-7994

Sub:  Julio Cora
     5 Fulton Ave.
     Lowell, MA

User:  Pito

Julio to Pito

Julio asks where Pito is. Pito says he's in Wedford. Julio tells Pito to stick around there or if Pito wants, he can go back as if going towards his [Pito] house and wait there. Pito agrees.

EOC

SV:VC
RV: SBA
SBA [Changed Sub. info] 8/31/04

Classification: UNCLASSIFIED

Linesheet - No Transcript

10/14/2004 12:49:25

| | |
|---|---|
| **Case:** | CC-04-0036 |
| **Target:** | Julio SANTIAGO |
| **Line:** | 347-200-5004 T-MOBILE |
| **Session:** | 249 |

**File Number:**

| | |
|---|---|
| **Date:** | 8/26/2004 |
| **Start Time:** | 18:06:01 |
| **Duration:** | 00:00:22 |
| **Direction:** | Outgoing |
| **Monitored By:** | vcastella |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978- 996-7994

Sub:   Julio Cora
       5 Fulton Ave.
       Lowell, MA

User:  Pito

Julio to Pito

Julio asks where Pito is. Pito says he's home already. Julio tells Pito that he's there waiting. Pito says okay.

EOC

SV:VC
RV: SBA
SBA [Changed Sub. info] 8/31/04

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 312 | |

| | |
|---|---|
| **Date:** | 8/27/2004 |
| **Start Time:** | 16:32:10 |
| **Duration:** | 00:00:32 |
| **Direction:** | Outgoing |
| **Monitored By:** | sanderson |
| **Classification:** | Non-Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 13472005004 |
| **Participants:** | SANTIAGO, Julio |
| | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 347-200-5004

Caller checks messages

1. Thursday @ 9:15 am. Pito calls and asks Julio to call him at 978-996-9774.

EOC

SV: SBA

| Case: | CC-04-0036 | File Number: |
|-------|------------|--------------|
| Target: | Julio SANTIAGO | |
| Line: | 347-200-5004 T-MOBILE | |
| Session: | 314 | |

| | |
|---|---|
| Date: | 8/27/2004 |
| Start Time: | 16:34:25 |
| Duration: | 00:00:49 |
| Direction: | Outgoing |
| Monitored By: | sanderson |
| Classification: | Non-Pertinent |
| Complete: | Completed |
| Dialed Digits: | 19789967994 |
| Participants: | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:    Julio Cora
        5 Fulton Ave.
        Lowell, MA

Pito's voice mail. Julio asks Pito to call him back.

EOC

SV: SBA
SBA [Changed Sub. info] 8/31/04

Classification: UNCLASSIFIED

Linesheet - No Transcript

10/14/2004 12:49:25

| | |
|---|---|
| **Case:** | CC-04-0036 |
| **Target:** | Julio SANTIAGO |
| **Line:** | 347-200-5004 T-MOBILE |
| **Session:** | 315 |

**File Number:**

| | |
|---|---|
| **Date:** | 8/27/2004 |
| **Start Time:** | 16:38:08 |
| **Duration:** | 00:00:52 |
| **Direction:** | Incoming |
| **Monitored By:** | sanderson |
| **Classification:** | Non-Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming: 978-996-7994

Sub:   Julio Cora
        5 Fulton Ave.
        Lowell, MA

Julio's voice mail. Pito asks Julio to call him back.

EOC

SV: SBA
SBA [Changed Sub. info] 8/31/04

Linesheet - No Transcript

| Case: | CC-04-0036 | **File Number:** |
|---|---|---|
| Target: | Julio SANTIAGO | |
| Line: | 347-200-5004 T-MOBILE | |
| Session: | 318 | |

| Date: | 8/27/2004 |
|---|---|
| Start Time: | 16:44:32 |
| Duration: | 00:01:30 |
| Direction: | Incoming |
| Monitored By: | sanderson |
| Classification: | Pertinent |
| Complete: | Completed |
| In Digits: | 9789967994 |
| Participants: | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming: 978-996-7994

Sub:   Julio Cora
        5 Fulton Ave.
        Lowell, MA

User:  Pito

Pito to Julio

Julio tells Pito that yesterday when he left the place that he and the other guy [Torrado] had a tail. Julio says that's why he forgot to call Pito last night. Pito says he was in a hotel. Julio says they got on him when he got to the corner with the highway, and they got on the other guy [Torrado] on Broadway. Julio says that the "registration papers" put away/hidden. Julio says they were not able to give either one of them tickets. Julio tells Pito to be careful when he leaves that place.

EOC

SV:VC
QC: JO
SBA [Changed Sub. info] 8/31/04

Linesheet - No Transcript

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 346 | |

| | |
|---|---|
| **Date:** | 8/27/2004 |
| **Start Time:** | 20:32:09 |
| **Duration:** | 00:01:07 |
| **Direction:** | Outgoing |
| **Monitored By:** | vcastella |
| **Classification:** | Non-Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 13472005004 |
| **Participants:** | SANTIAGO, Julio |
| | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: target number

Message retrieval:

1) UM leaves a message to call him back. Message deleted.

2) Pito to call him back. Message deleted.

3) No message.

EOC

SV:VC
QC: JO

Linesheet - No Transcript

| | |
|---|---|
| **Case:** | CC-04-0036 |
| **Target:** | Julio SANTIAGO |
| **Line:** | 347-200-5004 T-MOBILE |
| **Session:** | 760 |

**File Number:**

| | |
|---|---|
| **Date:** | 9/6/2004 |
| **Start Time:** | 12:14:45 |
| **Duration:** | 00:01:08 |
| **Direction:** | Outgoing |
| **Monitored By:** | sanderson |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:  Julio Cora
      5 Fulton Ave.
      Lowell, MA

User:  Pito

Julio to Pito

Julio asks if they [Pito et al.] are going to play baseball. Pito says yes, that the tournament is in Lawrence at around 4:00 or 5:00. Julio asks if Pito wants him to go. Pito says yes. Julio asks how many teams will be going and Pito says about 30 and are coming from everywhere.

Julio asks if it's a tournament. Pito says yes. Julio tells Pito that he's going to get the clothes for the game and then call Pito. Pito says okay.

EOC

SV: SBA
RV: MG

Classification: UNCLASSIFIED

Linesheet - No Transcript

10/14/2004 12:49:26

| | |
|---|---|
| **Case:** | CC-04-0036 |
| **Target:** | Julio SANTIAGO |
| **Line:** | 347-200-5004 T-MOBILE |
| **Session:** | 762 |

**File Number:**

| | |
|---|---|
| **Date:** | 9/6/2004 |
| **Start Time:** | 13:08:41 |
| **Duration:** | 00:00:56 |
| **Direction:** | Outgoing |
| **Monitored By:** | sanderson |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:  Julio Cora
      5 Fulton Ave.
      Lowell, MA

User:  Pito

Julio to Pito

Julio tells Pito he's eating at the place where "this guy" [NFI] orders the food for the baseball game. Julio doesn't want to give Pito the name of the place over the phone. Pito says he's waiting for his cousin who's coming to reinforce the team. Julio tells Pito not to make him wait. Pito says he won't but that he told Julio that the game was going to start at 4:00. Pito says he'll call his [Pito] cousin and the cousin will arrive fast.

EOC

SV: SBA
RV: MG

Linesheet - No Transcript

| | | | |
|---|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** | |
| **Target:** | Julio SANTIAGO | | |
| **Line:** | 347-200-5004 T-MOBILE | | |
| **Session:** | 763 | | |

| | |
|---|---|
| **Date:** | 9/6/2004 |
| **Start Time:** | 14:16:59 |
| **Duration:** | 00:00:58 |
| **Direction:** | Outgoing |
| **Monitored By:** | sanderson |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:   Julio Cora

User:  Pito

Julio to Pito

Julio asks if Pito's cousin has already arrived. Pito says no, but that "he" [cousin] should be arriving soon. Pito tells Julio that "he" has the "motora" [motorcyle]. Julio asks Pito to come by and pick up the food. Pito says okay, and when he arrives. Julio says that he's got other things to do, and adds that he [Julio] will wait until "he" arrives. Pito says he'll call "him."

EOC

SV: SBA
RV: MG

| | |
|---|---|
| **Case:** | CC-04-0036 |
| **Target:** | Julio SANTIAGO |
| **Line:** | 347-200-5004 T-MOBILE |
| **Session:** | 764 |

**File Number:**

| | |
|---|---|
| **Date:** | 9/6/2004 |
| **Start Time:** | 14:45:56 |
| **Duration:** | 00:00:24 |
| **Direction:** | Outgoing |
| **Monitored By:** | sanderson |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:  Julio Cora
      5 Fulton Ave.
      Lowell, MA

User:  Pito

Julio to Pito

Julio tells Pito that the little car moved as soon as Pito moved and that it pulled right behind Pito.
Julio tells Pito to watch out!

EOC

SV: SBA
RV: MG

| | |
|---|---|
| **Case:** | CC-04-0036 |
| **Target:** | Julio SANTIAGO |
| **Line:** | 347-200-5004 T-MOBILE |
| **Session:** | 767 |

**File Number:**

| | |
|---|---|
| **Date:** | 9/6/2004 |
| **Start Time:** | 15:46:39 |
| **Duration:** | 00:01:34 |
| **Direction:** | Outgoing |
| **Monitored By:** | sanderson |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:   Julio Cora
       5 Fulton Ave
       Lowell, MA

User:  Pito

Julio to Pito

Pito tells Julio that they [poss. police] followed him all the way up. Julio says he told him [Pito] that it was for him, just like the last time because those people never played baseball with them [Julio et al.]. Julio tells Pito to get out of the team, and then says that he [Julio] hasn't left because he [Julio] is waiting for Pito at the same place. Pito tells Julio that he [Pito] already has "it" [NFI] and will call Julio from there.

Julio asks how long Pito is going to take and Pito says he won't take long, and that he [Pito] will call these assholes so that they go around there. Julio tells Pito to please do it as soon as possible. Pito says no problem, and that he'll call his [Pito] cousin so that he [cousin] will pass by there.

EOC

SV: SBA

| | |
|---|---|
| **Case:** | CC-04-0036 |
| **Target:** | Julio SANTIAGO |
| **Line:** | 347-200-5004 T-MOBILE |
| **Session:** | 770 |

**File Number:**

| | |
|---|---|
| **Date:** | 9/6/2004 |
| **Start Time:** | 16:39:11 |
| **Duration:** | 00:00:46 |
| **Direction:** | Incoming |
| **Monitored By:** | MGuerriero |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 9789967994 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Incoming:   978-996-7994

Subscriber:   Julio Cora
5 Fulton Ave
Lowell, MA

User:  Pito

Pito to Julio

Pito asks Julio if his friend [cousin] got there. Julio doesn't answer the question but says that he [Julio] is near the river now, near the Lowell General Hospital. Julio asks Pito if he wants to come over here and that would be better. Pito says he'll tell him [cousin] now. Julio acknoweldges. Julio tells Pito to come by here and to call him when he gets there. Pito acknowledges by saying he'll tell him to do so. Julio acknowledges.

[Eoc]

SV: MG
RV:VC

| | | | |
|---|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** | |
| **Target:** | Julio SANTIAGO | | |
| **Line:** | 347-200-5004 T-MOBILE | | |
| **Session:** | 774 | | |

| | |
|---|---|
| **Date:** | 9/6/2004 |
| **Start Time:** | 17:08:18 |
| **Duration:** | 00:01:02 |
| **Direction:** | Outgoing |
| **Monitored By:** | MGuerriero |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19782650079 |
| **Participants:** | SANTIAGO, Julio |
| | Torrez, Edwin |

---

## Comments

---

## Synopsis

Outgoing:     978-265-0079

Subscriber:     Elizabeth Alvarado
219 Black Brook Dr.
Lowell, Ma.

Julio to UF &  Coqui aka Pin

Uf answers the phone and asks to talk to Pin. Coqui comes to the phone. Julio asks him for this guy's [Pito's] phone number. Coqui says he has it in his cell phone. Julio  asks if it's 996-74...something like that. Coqui says that he has one on him with 378... with 90 at the end. Julio says that is not the one. Julio states that he [Pito] called him twice but Julio says that he has been waiting for him and he [Pito] doesn't answer him.Coqui tells Julio that he'll call him [Pito] and have Pito call him [Julio]. Julio acknowledges and asks Coqui to do him that favor as Julio has been waiting for over an hour now. Julio thanks Coqui.

[Eoc]

SV: MG
RV:VC

Linesheet - No Transcript

| | | | |
|---|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** | |
| **Target:** | Julio SANTIAGO | | |
| **Line:** | 347-200-5004 T-MOBILE | | |
| **Session:** | 775 | | |
| | | | |
| **Date:** | 9/6/2004 | | |
| **Start Time:** | 17:44:08 | | |
| **Duration:** | 00:01:32 | | |
| **Direction:** | Incoming | | |
| **Monitored By:** | MGuerriero | | |
| **Classification:** | Pertinent | | |
| **Complete:** | Completed | | |
| **In Digits:** | 9782650079 | | |
| **Participants:** | SANTIAGO, Julio | | |
| | Torrez, Edwin | | |

## Comments

## Synopsis

Incoming:    978-265-0079

Subscriber:    Elizabeth Alvarado
219 Black Brook Dr.
Lowell, Ma.

Coqui to Julio

Coqui tells Julio that he talked to this guy [Pito] just now and he [Pito] told him that they stopped him [poss. primo] with the money and he [primo] left. Julio asks Coqui why he [Pito] doesn't call Julio then. Coqui says that they stopped him [primo] with the money and then left. Julio says this is a lie.

Julio says that he has nothing to do with that. Coqui states that he [Pito] told him [Coqui] that they [Poss. police] pulled him [primo] over. Coqui says for Julio to call him [Pito]. Julio asks for his [Pito's] number. Coqui gives it to him as 319-3190.
Julio thanks Coqui.

[Eoc]

SV: MG

LS304

| | | **File Number:** |
|---|---|---|
| **Case:** | CC-04-0036 | |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 776 | |

| | |
|---|---|
| **Date:** | 9/6/2004 |
| **Start Time:** | 17:45:59 |
| **Duration:** | 00:03:12 |
| **Direction:** | Outgoing |
| **Monitored By:** | MGuerriero |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19783193190 |
| **Participants:** | SANTIAGO, Julio |

---

### Comments

---

### Synopsis

Outgoing:   978-319-3190

Subscriber:   Not Available

User: Pito

Julio to Pito

Julio and Pito greet. Julio asks Pito why Pito didn't call him and Pito says that he [Pito] had to leave the house suddenly as they stopped him [cousin] as he [cousin] was going to give Julio the money.

Pito explains that they pulled him [cousin] over near Carrisma [PH] Julio wants to know when this happend and Pito tells him when Pito had called Julio. Pito states that they [Law Enforcement] let him keep the money because he [cousin] said it was for different people.

Pito suggests that his sister can go over and give the money to Julio but states that he himself [Pito] cannot do as they will do "you know what" to him. Julio acknowledges.

Pito states that he has to work tomorrow. Pito then suggests that he could give it to the "captain of the team" but Julio says he [Capitan] won't be around there either. Pito replies that the "capitan of the team" [Poss. Coqui] just called him [Pito]. Pito suggests again that his sister bring it to Julio. Julio asks for a place where he can go and pick it. Julio says that the problem [poss. surveillance] is on Pito's end. Julio says that when Pito called Julio last time, over there where the captain has his team, that same car was in the same place and it went around 3 times. Julio states that was the reason why he left. Julio says he then called Pito's house and that same car was there again. Julio then concludes that it was not him [Julio] that the guy [surveillance] was on, but rather on Pito. Pito acknowledges.

Pito tells Julio that he will tells his sister to go and pick it up and then Julio can wait for her over there. Julio  tells Pito to put the money away and Julio will go by the company [Pito's place of

LS306

[Eoc]

SV: MG
RV:VC

LS307

| Case: | CC-04-0036 | | File Number: |
|-------|------------|---|-------------|
| Target: | Julio SANTIAGO | | |
| Line: | 347-200-5004 T-MOBILE | | |
| Session: | 782 | | |

| | |
|---|---|
| Date: | 9/6/2004 |
| Start Time: | 18:20:10 |
| Duration: | 00:01:02 |
| Direction: | Outgoing |
| Monitored By: | MGuerriero |
| Classification: | Pertinent |
| Complete: | Completed |
| Dialed Digits: | 19783193190 |
| Participants: | SANTIAGO, Julio |

---

## Comments

## Synopsis

Outgoing:    978-319-3190

Subscriber:   Not Available

User:  Pito

Julio to Pito

Julio excuses himself for bothering Pito so much. Julio then asks Pito if he can give "the tickets to the dance" to the guy for him [Julio]. Pito says this is fine. Julio tells Pito to leave the tickets with him tonight as Julio says he needs them so he can hand them over. Pito says this is fine and is a sure thing. Pito says that he'll send his sister to get them [tickets] as Pito can't go there. Julio says in any case for her to leave "them" [tickets] with the "captain of the team". Julio asks Pito for this favor as Julio states he really needs them [tickets] to turn them in. Pito acknowledges and the two then say goodbye.

[Eoc]

SV: MG
RV:VC

Linesheet - No Transcript

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 796 | |

| | |
|---|---|
| **Date:** | 9/7/2004 |
| **Start Time:** | 11:21:04 |
| **Duration:** | 00:00:56 |
| **Direction:** | Outgoing |
| **Monitored By:** | vcastella |
| **Classification:** | Non-Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19783193190 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-319-3190

Sub:   Not available

Pito's voice mail. Numeric page sent.

EOC

SV:VC
RV: SBA

LS309

Classification: UNCLASSIFIED

Linesheet - No Transcript                                           10/14/2004 12:49:26

| | | |
|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** |
| **Target:** | Julio SANTIAGO | |
| **Line:** | 347-200-5004 T-MOBILE | |
| **Session:** | 799 | |

| | |
|---|---|
| **Date:** | 9/7/2004 |
| **Start Time:** | 11:51:27 |
| **Duration:** | 00:01:01 |
| **Direction:** | Outgoing |
| **Monitored By:** | vcastella |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19783193190 |
| **Participants:** | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: 978-319-3190

Sub:   Unavailable

User:   Pito

Julio to Pito

Pito tells Julio he's working. Julio asks if Pito left the papers with the guy. Pito says the guy called him [Pito] and Pito asked why he [guy] hadn't called and the guy said because he [guy] arrived late. Pito says the guy told Pito that he [guy] is buying some car parts but that they [Pito & guy] can do it now. Pito tells Julio that his [Pito] sister just picked up the money from there [poss from his cousin] and that Pito will take the papers to the guy [poss. team capitan]. Julio says he wants to make sure it's done because he [Julio] has to pay a bill. Pito says no problem, that his [Pito] sister will take it [money].

EOC

SV:VC
RV: SBA

Linesheet - No Transcript

| | |
|---|---|
| **Case:** | CC-04-0036 |
| **Target:** | Julio SANTIAGO |
| **Line:** | 347-200-5004 T-MOBILE |
| **Session:** | 829 |

**File Number:**

| | |
|---|---|
| **Date:** | 9/7/2004 |
| **Start Time:** | 16:26:25 |
| **Duration:** | 00:01:02 |
| **Direction:** | Outgoing |
| **Monitored By:** | sanderson |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 19782650079 |
| **Participants:** | SANTIAGO, Julio |
| | Torrez, Edwin |

## Comments

## Synopsis

Outgoing: 978-265-0079

Sub:  Elizabeth Alvarado
      219 Black Brook Dr.
      Lowell, MA

User:  Coqui a/k/a Tim/Pin

Julio to Coqui

Coqui says something about paying that tomorrow, because he didn't see Pito, because he [Coqui] got back late last night. Julio asks Coqui if he [Pito] left some car papers with him [Coqui]. Coqui says that he [Pito] called him [Coqui], but since he [Pito] is working. Julio asks Coqui to please go and pick up the papers and then call Julio back; that he [Julio] has been calling him [Pito] but he doesn't call Julio back. Coqui says he'll call him because it is worse in front of Diablo's house and will call Julio back. Coqui repeats that he will pay tomorrow.  Julio asks Coqui to call him when he has the papers.

EOC

SV: SBA
RV:VC

END

48 of 48
LS305