**Linesheet - No Transcript**

October 14, 2004    12:50:41

**Selection Criteria**

Selected records from:
- Line: 347-248-7669 T-Mobile
'User Defined:Document of type Synopsis contains exact phrase PITO ' filter applied.

347-248-7669

Pito

# DRAFT

User: Virginia Castella

LS311

| | | | |
|---|---|---|---|
| Case: | CC-04-0036 | File Number: | |
| Target: | Julio SANTIAGO | | |
| Line: | 347-248-7669 T-Mobile | | |
| Session: | 37 | | |

| | |
|---|---|
| Date: | 6/30/2004 |
| Start Time: | 09:42:19 |
| Duration: | 00:00:55 |
| Direction: | Outgoing |
| Monitored By: | vcastella |
| Classification: | Non-Pertinent |
| Complete: | Completed |
| Dialed Digits: | 19788042646 |
| Participants: | SANTIAGO, Julio |

**Comments**

**Synopsis**

Outgoing: 978 804-2646

Sub:   Santos, Angel aka Pito
       312 Aiken Ave
       Lowell, MA

Pito's voicemail: Julio leaves the following message: "Tito I am returning your call I am back from my trip this is Julio."

EOC

SV:VC

| | |
|---|---|
| Case: | CC-04-0036 |
| Target: | Julio SANTIAGO |
| Line: | 347-248-7669 T-Mobile |
| Session: | 66 |

| | |
|---|---|
| Date: | 6/30/2004 |
| Start Time: | 18:02:29 |
| Duration: | 00:00:50 |
| Direction: | Outgoing |
| Monitored By: | jo'brien |
| Classification: | Pertinent |
| Complete: | Completed |
| Dialed Digits: | 19788042646 |
| Participants: | SANTIAGO, Julio |

File Number:

## Comments

## Synopsis

Outgoing: 978-804-2646

Sub:   Angel Santos "Pito"
       312 Aiken Ave. FL 1
       Lowell, MA.

Pito's voice mail

Julio leaves a message for Pito to call him.

EOC

SV: SBA
RV: VC

| | |
|---|---|
| Case: | CC-04-0036 |
| Target: | Julio SANTIAGO |
| Line: | 347-248-7669 T-Mobile |
| Session: | 263 |
| | |
| Date: | 7/5/2004 |
| Start Time: | 21:52:17 |
| Duration: | 00:01:01 |
| Direction: | Incoming |
| Monitored By: | jo'brien |
| Classification: | Non-Pertinent |
| Complete: | Completed |
| In Digits: | 9789967994 |
| Participants: | SANTIAGO, Julio |

File Number:

## Comments

## Synopsis

Incoming: 978-996-7994

Sub:    Unavailable

Julio's voice mail. Pito asks Julio to call him at 978-996-7994.

EOC

SV: JO
RV: SBA

| | | | |
|---|---|---|---|
| Case: | CC-04-0036 | File Number: | |
| Target: | Julio SANTIAGO | | |
| Line: | 347-248-7669 T-Mobile | | |
| Session: | 265 | | |

| | |
|---|---|
| Date: | 7/5/2004 |
| Start Time: | 21:55:16 |
| Duration: | 00:00:24 |
| Direction: | Outgoing |
| Monitored By: | jo'brien |
| Classification: | Non-Pertinent |
| Complete: | Completed |
| Dialed Digits: | 13472487669 |
| Participants: | SANTIAGO, Julio |
| | SANTIAGO, Julio |

## Comments

## Synopsis

Outgoing: To target's voice mail

Message retrieval

1. New message. Pito calls and asks Julio to call him at 978-996-7994.

EOC

SV: JO
RV:S BA

LS315

| | |
|---|---|
| Case: | CC-04-0036 |
| Target: | Julio SANTIAGO |
| Line: | 347-248-7669 T-Mobile |
| Session: | 266 |
| | |
| Date: | 7/5/2004 |
| Start Time: | 21:56:11 |
| Duration: | 00:01:06 |
| Direction: | Outgoing |
| Monitored By: | jo'brien |
| Classification: | Pertinent |
| Complete: | Completed |
| Dialed Digits: | 19789967994 |
| Participants: | SANTIAGO, Julio |

File Number:

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:   Unavailable

User:   Pito

Julio to Pito

Julio said he didn't answer because he didn't recognize the number. Pito says he is using a different phone number because he doesn't have the other one.

Julio asks if Pito is going to need a ride tomorrow. Julio asks if Pito is going to be free or maybe it can be in the afternoon. Pito tells Julio that he's going to be free. Julio asks how many guys are going to [U/I] over there. Pito first says 30 or 40 "guys" are going. Then, he [Pito] says 30 are going tomorrow. Julio says he [Julio] will need to bring the two vans then. Julio says he [Julio] will pass by tomorrow and will call Pito at this number. Julio tells Pito to have the group of guys and the papers to fill out.

EOC

SV: JO
RV: SBA

| | | | |
|---|---|---|---|
| **Case:** | CC-04-0036 | **File Number:** | |
| **Target:** | Julio SANTIAGO | | |
| **Line:** | 347-248-7669 T-Mobile | | |
| **Session:** | 268 | | |

| | |
|---|---|
| **Date:** | 7/6/2004 |
| **Start Time:** | 10:44:00 |
| **Duration:** | 00:00:26 |
| **Direction:** | Outgoing |
| **Monitored By:** | sanderson |
| **Classification:** | Non-Pertinent |
| **Complete:** | Completed |
| **Dialed Digits:** | 13472487669 |
| **Participants:** | SANTIAGO, Julio |
| | SANTIAGO, Julio |

### Comments

### Synopsis

Outgoing: 347-248-7669

Message retrieval

1. New message. Monday @ 9:52 pm. Pito leaves a message for Julio to call him at 978-996-7994. Message deleted.

EOC

SV: SBA

| | |
|---|---|
| Case: | CC-04-0036 |
| Target: | Julio SANTIAGO |
| Line: | 347-248-7669 T-Mobile |
| Session: | 275 |
| | |
| Date: | 7/6/2004 |
| Start Time: | 11:50:07 |
| Duration: | 00:00:33 |
| Direction: | Outgoing |
| Monitored By: | sanderson |
| Classification: | Pertinent |
| Complete: | Completed |
| Dialed Digits: | 19789967994 |
| Participants: | SANTIAGO, Julio |

File Number:

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:   Unavailable

User:   Pito

Julio to Pito

Julio tells Pito he's home sleeping, and adds that he's going to leave to take the guys to work at the factory. Julio asks if Pito is going to be there. Pito says yes, so Julio tells him [Pito] to get ready. Julio asks Pito to call the guys.

EOC

SV: SBA

| | |
|---|---|
| Case: | CC-04-0036 |
| Target: | Julio SANTIAGO |
| Line: | 347-248-7669 T-Mobile |
| Session: | 277 |
| | |
| Date: | 7/6/2004 |
| Start Time: | 12:21:06 |
| Duration: | 00:00:25 |
| Direction: | Outgoing |
| Monitored By: | sanderson |
| Classification: | Pertinent |
| Complete: | Completed |
| Dialed Digits: | 19789967994 |
| Participants: | SANTIAGO, Julio |

File Number:

## Comments

## Synopsis

Outgoing: 978-996-7994

Sub:   Unavailable

User:   Pito

Julio to Pito

Julio asks where Pito is. Pito says he's in there [no location provided]. Julio tells Pito to wait for him [Julio] at the company.

EOC

SV: SBA
QC: JO

LS319

9 of 10

| | |
|---|---|
| Case: | CC-04-0036 |
| Target: | Julio SANTIAGO |
| Line: | 347-248-7669 T-Mobile |
| Session: | 531 |
| | |
| Date: | 7/18/2004 |
| Start Time: | 18:01:37 |
| Duration: | 00:00:56 |
| Direction: | Incoming |
| Monitored By: | vcastella |
| Classification: | Pertinent |
| Complete: | Completed |
| In Digits: | 9789967994 |
| Participants: | SANTIAGO, Julio |

File Number:

### Comments

### Synopsis

Incoming: 978-996-7994

Sub:   Not listed

User:   Pito

Julio's voice mail. Pito leaves a message asking for a call back.

EOC

SV:VC
RV: SBA

END