UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v. )<br>  )<br>LUIS R. SANCHEZ ) | No. 04-10336-NG |

### Motion to Modify Conditions of Release to Allow for Travel

Now comes the Defendant, Luis R. Sanchez, by and through undersigned counsel, and hereby moves the Court for an order allowing the defendant to travel to Puerto Rico for a vacation with his wife, Glenda Sanchez, and his two children (Louis, 11 years old, and Kiara Liv, 9 years old) departing from New York (Kennedy Airport) on July 10, 2005 at 7:50 p.m. and returning on July 17, 2005 at approximately 1:40 a.m.. The defendant will be staying with his wife's parents, America and Jose Rodriquez, in their home located at U.R.U. Miramar, B1 Street, Arroyo, Puerto Rico. The defendant will drive to New York with his family and will be flying on American Airlines.[1]

WHEREFORE, the defendant respectfully requests the instant motion be allowed.

---

[1]. Apparently, the airline tickets are less expensive if you depart from New York.

Respectfully submitted,
The Defendant,
By his attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston MA 02116
 (617) 742-9015

Dated: July 5, 2005

**CERTIFICATE OF SERVICE**

   I, Robert M. Goldstein, hereby certify that on this 5th day of July, 2005, I have served a copy of the instant pleading, via electronic filing, upon Assistant U.S. Attorney Denise Casper.

**/s/ Robert M. Goldstein**
Robert M. Goldstein