UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 04-10336-NMG |
| v. | ) |
| | ) |
| LUIS R. SANCHEZ | ) |

**Motion For Funds to Secure Certified Interpreter**

Now comes the Defendant, Luis R. Sanchez, by and through undersigned counsel, pursuant to 18 U.S.C. §3006(e), and hereby moves the Court for an order authorizing expenditure up to $1600.00 in funding such that the defendant can secure the services of a certified interpreter so that all relevant telephone conversations intercepted by the government in this case can be interpreted and transcribed from Spanish to English. As grounds and reasons therefore, the defendant states that it is vital to his Sixth Amendment right to the effective assistance of counsel that his attorney be able to fully understand all relevant conversations. Additionally, the services of the interpreter are necessary so that counsel and the defendant can effectively communicate in preparation for trial in this matter.

WHEREFORE, the defendant respectfully requests the instant motion be allowed.

> Respectfully submitted,
> The Defendant,
> By his attorney,
>
> **/s/ Robert M. Goldstein**
> Robert M. Goldstein
> Mass. Bar No. 630584
> 20 Park Plaza, Suite 903
> Boston MA 02116
> (617) 742-9015

Dated: March 23, 2006

## CERTIFICATE OF SERVICE

    I, Robert M. Goldstein, hereby certify that on March 23, 2006, this document filed through the Court's CM/ECF system will be sent electronically to the registered participants including William Bloomer, Assistant United States Attorney, John Joseph Moakley Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA, 02210, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

> **/s/ Robert M. Goldstein**
> Robert M. Goldstein