UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>LUIS SANCHEZ, )<br>        Defendant )<br>) | CRIMINAL NO. 04-10336-NMG |

**Motion to Join Motions In Limine Filed By Co-Defendants**

      Now comes the Defendant, Luis Sanchez, by and through his counsel, and hereby moves the Court to join the following motions filed by the his co-defendants, such that the Court need not unnecessarily address various motions addressing the same issues: (1) First Motion In Limine of Defendant Pedro Miranda (Dkt. No. 262), pleading entitled "Defendant's Motion In Limine-Soft Experts," filed by Juan Nunez (Dkt. No. 241), and pleading entitled "Defendant's Objection," filed by Julio Santiago (Dkt. No. 256) and the Memorandum filed in support thereof (Dkt. No. 257), all of which concern the government's proffered "expert" testimony concerning narcotics distribution practices and the alleged use of "code" language by the defendants charged in the above-captioned matter, and/or the government's disclosure obligations in connection with proffered expert testimony, and (2) pleading entitled "Motion of Defendant In Limine RE Experts," filed by Juan Nunez (Dkt. No. 246), which seeks to preclude any government "expert" witness from answering questions on direct examination based on informant information that could not be disclosed on cross-examination.

                          Luis Sanchez,
                          By his attorney,

                          **/s/ Robert M. Goldstein**
                          Robert M. Goldstein
                          Mass Bar No. 630584
                          20 Park Plaza, Suite 903
                          Boston, MA  02116
                          (617) 742-9015

Dated: September 18, 2006

## CERTIFICATE OF SERVICE

    I, Robert M. Goldstein, hereby state that a true copy of the foregoing document has been served via the electronic filing upon all registered parties, including Assistant U.S. William Bloomer, on this date, September 18, 2006.

                          **/s/ Robert M. Goldstein**
                          Robert M. Goldstein