UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                             )
V.                             )
                             )    CRIMINAL NO. 04-10336-NMG
LUIS SANCHEZ,         )
         Defendant    )
                             )
                             )

**Motion For Leave to File Additional Motions In Limine**

      Now comes the Defendant, Luis Sanchez, by and through counsel, and hereby

moves the Court for leave to file additional motions *in limine*, if necessary and warranted,

on or before October 2, 2006, which is one week after the government provides all

information it is required to disclose 21 days before trial (September 25, 2006).

                          Luis Sanchez,
                          By his attorney,

                          **/s/ Robert M. Goldstein**
                          Robert M. Goldstein
                          Mass Bar No. 630584
                          20 Park Plaza, Suite 903
                          Boston, MA  02116
                          (617) 742-9015

Dated: September 18, 2006

**CERTIFICATE OF SERVICE**

      I, Robert M. Goldstein, hereby state that a true copy of the foregoing document
has been served via the electronic filing upon all registered parties, including Assistant
U.S. William Bloomer, on this date, September 18, 2006.

                          **/s/ Robert M. Goldstein**
                          Robert M. Goldstein