# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                        )    CRIMINAL NO.: 04-10336-NMG
        v.           )
                        )
JULIO SANTIAGO, et al.    )

## UNITED STATES' LIST OF POTENTIAL EXHIBITS

The United States of America, Michael J. Sullivan, United States Attorney for the District of Massachusetts, William F. Bloomer, Assistant U.S. Attorney, hereby submits the following list of potential exhibits for trial in the above-referenced matter.

1.    Photo of $5,817.00 found in 261 Aiken Avenue, Lowell, MA

2.    Photo of $118.00 taken from Pamela Goulart, 261 Aiken Avenue, Lowell, MA

3.    8 plastic baggies with moonwalk logo taken from Pamela Goulart, 261 Aiken Avenue, Lowell, MA

4.    DPH Lab Analysis No. 650953 regarding 8 plastic baggies containing heroin residue

5.    Sturdi box of Sandwich Bags

6.    1 plastic bag containing heroin

7.    DPH Lab Analysis No. 650951 regarding 1 plastic bag containing .53 grams of heroin

8.    Apple logo bags containing 77 "moonwalk" logo bags containing heroin

9.    DPH Lab Analysis No. 650952 regarding 77 plastic bags containing 1.90 grams of heroin

10.    plastic bag containing cylinders and powder weighing 49.7 grams

11.    One DEA Analysis pertaining to 49.7 grams of heroin inside

plastic bag in cylinder and powder form

12.   One cylinder containing off white powder weighing 9.8 grams

13.   One DEA Analysis pertaining to 9.8 grams of heroin in cylinder

14.   Notice of Warrant, City of Lowell, Office of Parking Clerk, to Jose L. Llanos, 261 Aiken Ave, Lowell, 06/04/04

15.   ComCast Monthly Statement, 04/24/04, Jose Rodriguez, 261 Aiken Ave, Apartment B, Lowell

16.   Keyspan Bill, 03/29/04, Pamela A Gouvart, 261 Aiken Ave, Lowell

17.   Franklin Pierce mailing to Pamela Gouvart or current resident, 261 Aiken Ave, Lowell

18.   Letter and envelope from Lowell Community Health Center to Jose O. Rodriguez, 261 Aiken Avenue, Lowell, dated 06/03/04

19.   US Airways Ticket, Jose Orlando Rodriguez, Boston to San Juan 05/10/03, returning 05/31/03

20.   Photo of $270.00 taken from Jose O. Rodriguez on 06/06/04

21.   Photo of $1,430.00 taken from Santiago Navarro-Figueroa on

22.   Two plastic baggies containing powder labeled with an Apple logo and containing smaller plastic baggies with "moonwalk" stamp and a logo depicting an astronaut

23.   One DEA Analysis pertaining to .56 grams and .22 grams of heroin contained in two plastic baggies with an Apple logo and containing smaller plastic baggies with "moonwalk" stamp and a logo depicting an astronaut

24.   One Samsung Cellphone, 508-982-0573

25.   600 baggies labelled "moonwalk" containing 12.67 grams of heroin

26.   DPH Lab Analysis No. 738375 regarding 600 plastic baggies containing 12.67 grams of heroin

27.   Photo of $1,800.00 taken from Wilma Torrez on 05/05/04

2

28. One "finger" (10 grams) of heroin contained inside latex glove (white) which was further contained in a plastic bag

29. DPH Lab Analysis No. 738376 regarding 1 plastic bag containing 10.14 grams of heroin

30. 9mm Luger, Model AP9, serial number 033232

31. three metal cylindrical devices (firearm silences)

32. Ammunition and 2 magazines (n-83)

33. National Registration and Transfer Record Certificate for Julio Santiago

34. CD containing data from GPS on Santiago's minivan from 7-18-04 through 10-15-04

35. MFS Investment Summary, Julio Carrion Santiago, 1/1/02-3/28/02, PO Box 175, Shirley MA

36. $900.00 MoneyGram, S1619719, Julio Carrion, 28 Clark Rd. P.O. Box 175, Shirley MA

37. Itinerary, Boston to Puerto Rico, TWA Flight 96, Julio Santiago, TWA

38. Customer's Receipts, Money Orders, Julio Santiago

39. U.S. Postal Service, Customer's Receipts

40. Rent Receipt, $525.00, Julio Santiago, 11/01 - 12/01

41. Beeloved Creations business card with notations

42. Excise Tax Bill, MA Reg 5133XA, Julio Carrion Santiago

43. Intinerary, Boston to Puerto Rico, US Airways, Julio Santiago, 7/20/04

44. ComCast Statement of Service, Julio Santiago, 264 Mechanic Street, Leominster, 4/6/04

45. Birth Certificate, Julio Carrion Santiago

46. White Dust Mask,

47. Hydraulic Finger Press

48.  MA Driver's License, Julio Santiago

49.  US Passport, Julio Santiago

50.  Mass. Motor Vehicle Registration, MA registration 5133XA, Julio Carrion Santiago

51.  three electric grinders seized from 264 Mechanic Street

52.  three Tanita digital scales seized from 264 Mechanic Street

53.  One cellular telephone numbered 347-248-7669 seized from 264 Mechanic Street

54.  One money counter, serial #NG005603 seized from 264 Mechanic Street

55.  Orange "12 Ton Shop Press" #14590, Hydraulic Press seized from 264 Mechanic Street

56.  Silver steel Hydraulic Press seized from 264 Mechanic Street

57.  115.9 grams of heroin seized from 264 Mechanic Street

58.  DEA Drug Analysis pertaining 115.9 grams of heroin

59.  Photographs of hidden compartment in minivan, MA registration 5133XA

60.  One photo of approximately 493.3 grams of heroin seized from minivan, MA registration 5133XA

61.  493.3 grams of heroin taken from minivan, MA registration 5133XA

62.  One Drug Analysis pertaining to 493.3 grams of heroin

63.  One T-Mobile Sim chip card holder with 718-300-4235 written on back, seized from Santiago's wallet

64.  One Samsung T-Mobile Cellphone numbered 718-300-4235 seized from minivan, MA registration 5133XA

65.  One cellphone numbered 917-815-3487 seized from Julio Santiago on October 14, 2004

66.  One Metrocall Pager numbered 978-788-0589

67.  Silver Motorola cellular telephone seized from 270 Fairmont Street

68.  Bottle Marked Procaine HCL, seized from 270 Fairmont Street

69.  DEA Drug Analysis pertaining to Procaine

70.  Envelope from Middlesex Sheriff's Department to Carlos Sanchez seized from 270 Fairmont Street

71.  Excise Tax Bill to JZ6360, Carlos M. Sanchez, seized from 270 Fairmont Street

72.  Envelope to Carlos Sanchez, seized from 270 Fairmont Street

73.  One Nextel Cellphone, 978-265-0079

74.  One Nextel Cellphone, 978-479-5937

75.  Lease Agreement to Mini Self Storage Center, 3 Foundry Street, Lowell, MA

76.  "It's Hot" plastic baggies contained in large plastic bag with Apple Logo; plastic spoons; sandwich bags

77.  Receipts to Mini Self Storage in name of Cocqui Softball Team

78.  One Tanita Digital Scale

79.  Inositol wrapped in aluminum foil

80.  One DEA Analysis pertaining to 35.6 grams of Inositol wrapped in aluminum foil

81.  One Sprint Cellphone, 718-598-5109, seized from 930 59th Street, Brooklyn, NY

82.  One Motorola Pager, 917-500-8132

83.  One baby diaper bag and blanket

84.  One Silver Samsung cellphone seized from Zuleima Reyes

85.  One clear plate taken from 19 Colon Terrace, Lowell

86.  One black GE coffee grinder taken from 19 Colon Terrace,

Lowell

87. .051 grams of heroin taken from 19 Colon Terrace, Lowell

88. One DEA Drug Analysis pertaining to .051 grams of heroin

89. 39.7 grams of heroin taken from 19 Colon Terrace, Lowell

90. One DEA Drug Analysis pertaining to 39.7 grams of heroin

91. One black plastic bag containing "Apple" logo plastic baggies taken from 19 Colon Terrace, Lowell

92. One Sprint PCS Billing Statement, 3/15/04, Zuleima Reyes, 19 Conlon Terrace, Lowell, MA

93. Rent-A-Center Invoice No. 5915664, Zuleima Reyes, 19 Conlon Terrace

94. Giant Auto Repair & Towing Order, Zuleima Reyes, 19 Conlon Terrace, Lowell MA

95. Midway Car Center, Inc. Invoice No. 13707, Zuleima Reyes, 19

96. Envelope/paper to Conlon Terr, Lowell MA 01854, with handwritten notations

97. Glad Sandwich bags, 2 screen sifters, spoon and knife

98. One Samsung Sprint Telephone, 978-408-9075, found on bedroom nightstand

99. Social Security Card, Carlos R. Colon, ███████

100. MA Driver's License, Carlos R. Colon, 20 LaGrange Street, 2nd Floor, Lowell MA

101. One Certificate of Title, 1988 Mercedes Benz, Model 300E, Julio Carrion Santiago

102. One Excise Tax Bill, Town of Shirley, 1988 Mercedes Benz, Julio Carrion Santiago

103. One Bottle of Inositol

104. Rubber gloves, dust masks, goggles, plastic baggies

105. Inked fingerprint card for Carlos R. Colon (truly Pedro Alberto Miranda) from 10/15/04 and 9/28/02

106. Inked fingerprint card for Pedro Alberto Miranda from DEA, Miami, FL in 1996

107. Inked fingerprint card for Pedro Alberto Mairanda from U.S. Marshals in Miami, FL in 1996

108. Inked fingerprint card for Pedro Alberto Miranda from FBI, New York, NY in 1997

109. Chart comparing fingerprints from Lowell PD, DEA, U.S. Marshal's, and FBI

110. Plastic bag containing 39.56 grams of heroin

111. Department of Public Health Certificate of Analysis concerning 39.56 grams of heroin

112. Plastic bag containing 10.45 grams of heroin

113. Department of Public Health Certificate of Analysis concerning 10.45 grams of heroin

114. Personal papers in the name of "Pedro Gustavo"

115. One Samsung AT&T Cellphone, 978-3190

116. One MA Drivers License, Luis R. Sanchez, 5 Fulton Ave, Lowell MA

117. One Puerto Rico Identification Card, Ramon Sanchez

118. One Nextel Cellphone 978-479-2026

119. One McDonalds coffee cup and lid containing 10 grams of tan powder substance in clear plastic bag wrapped in gray duct tape

120. One DEA Analysis pertaining to 10.0 grams of heroin contained in McDonald's coffee cup

121. Inked fingerprint card of Jose Torrado

122. Photograph of latent fingerprint from McDonald's coffee cup lid

123. Chart containing inked and latent fingerprints of Jose Torrado

124. One photograph of Reynaldo Rivera, Jose Torrado, and an unknown female taken from 235 18th Street, Apartment #204, Dracut MA

125. AT&T Wireless Invoice, 7/5/04, Reynaldo Rivera, 235 18th Street, #204, Dracut MA

126. One Excise Taxbill, Honda MA Registration DZ6516, Reynaldo Rivera, 235 18th Street, Apt 204, Dracut MA

127. MetLife Auto Insurance Policy and Bill, Reynaldo Rivera, 235 18th Street, Apt 204, Dracut MA

128. One AT&T Cellphone, 978-423-8173, taken from 235 18th Street, Apartment #204, Dracut MA

129. One AT&T Cellphone, 978-580-9782 taken from 235 18th Street, Apartment #204, Dracut MA

130. One K-Mart Identification, "Rey," Reynaldo Rivera

131. One Photo of Boat for Sale for $6,500, with Telephone number 978-423-8173

132. Architectural Plans, Reynaldo Rivera, 978-423-8173

133. Wire Transfer receipt, 8/24/04, Reynaldo Rivera, 235 18th Street, Apt 204, Dracut MA

134. Two pages of handwritten notations with names and dollar amounts

135. Box of latex gloves and fingertip protectors

136. One Bottle of Super Manitol

137. One Hydraulic Press and various tools

138. One Tanita digital scale

139. One gray and orange camera case containing heroin found in storage bin

140. 180.7 grams of heroin

141. One DEA Analysis pertaining to 180.7 grams of heroin

142. MetLife Billing Statement 12/11/02

143. One sheet of paper with handwritten notations

144. Two plastic bags containing powdered substance

145. One DEA Analysis pertaining to 19.8 grams of heroin found in two plastic bags on 6/7/04

146. Three cylinders containing 30.0 grams of light brown powder 1/30/04 buy

147. One DEA Analysis pertaining to 30.0 grams of heroin in three cylinders

148. Three cylinders and three one-half cylinders containing 45.7 grams of light brown powder 1/14/04 buy

149. One DEA Analysis pertaining to 45.7 grams of heroin in three cylinders and three one-half cylinders

150. Two cylinders containing 20.0 grams of light brown powder 1/7/04 buy

151. One DEA Analysis pertaining to 20.0 grams of heroin in two cylinders

152. Plastic bag containing three cylinders containing 29.8 grams of brown powder 12/18/03 buy

153. One DEA Analysis pertaining to 29.8 grams of heroin in three cylinders

154. One cylinder containing 9.9 grams of brown powder 12/10/18 buy

155. One DEA Analysis pertaining to 9.9 grams of heroin in one cylinder

156. One video tape, 10/7/04 Carlos Sanchez and Santiago at 270 Fairmont Street, Fitchburg

157. Composite video tape of 10/7/04

158. Photographs of surveillance occurring on 9/6/04 regarding

427 Rosewood

159. Video Tape of surveillance occurring on 9/6/04 and 9/1/04

160. Composite video tape of surveillance occurring on 9/6/04 and 9/1/04

161. Video Tape of surveillance occurring on 8/27/04 at 212 Wilder Street, 2nd Floor, Lowell

162. Composite video tape of surveillance occurring on 8/27/04 at 212 Wilder Street, 2nd Floor, Lowell

163. Photographs of surveillance occurring on 8/27/04 of Santiago arriving at 212 Wilder Street, 2nd Floor, Lowell

164. Copy of original MOD disk pertaining to T-III interceptions over 978-423-8173

165. Copy of original MOD disk pertaining to T-III interceptions over 347-200-5004

166. Copy of original MOD disk pertaining to T-III interceptions over 347-248-7669

167. Copy of original MOD disk pertaining to T-III interceptions over 347-248-7669

168. Copy of original MOD disk pertaining to T-III interceptions over 347-200-5004

169. Copy of original MOD disk pertaining to T-III interceptions over 978-408-9075

170. Copy of original MOD disk pertaining to T-III interceptions over 917-815-3487

171. Copy of original floppy disk pertaining to T-III interceptions over pager 978-788-0589

172. Summary Chart of interceptions over pager 978-788-0589

173. Composite CD of T-III interceptions between Julio Santiago and Reynaldo Rivera

174. Composite CD of T-III interceptions between Julio Santiago and Pedro Miranda

175. Composite CD of T-III interceptions between Julio Santiago and Juan Nunez

176. Composite CD of T-III interceptions between Julio Santiago and Jose Rodriguez

177. Composite CD of T-III interceptions between Julio Santiago and Enrique Agosto

178. Composite CD of T-III interceptions between Julio Santiago and Jose Torrado

179. Composite CD of T-III interceptions between Julio Santiago and Carlos Sanchez

180. Composite CD of T-III interceptions between Julio Santiago and Edwin Torrez

181. Composite CD of T-III interceptions between Julio Santiago and Luis Sanchez

182. Video Tape of surveillance occurring on 8/20/04 of Torrez, Luis Sanchez and Santiago meeting with unidentified male at Mini Self Storage, 3 Foundry Street, Lowell

183. Composite video tape of surveillance occurring on 8/20/04 of Torrez, Luis Sanchez and Santiago meeting with unidentified male at Mini Self Storage, 3 Foundry Street, Lowell

184. Video Tape of surveillance occurring on 7/15/04 of Santiago arriving and leaving at 254 Adams Street, Lowell

185. Composite video tape of surveillance occurring on 7/15/04 of Santiago arriving and leaving at 254 Adams Street, Lowell

186. Video Tape of surveillance occurring on 7/2/04 of Santiago at 264 Mechanic Street, Lowell

187. Video Tape of surveillance occurring on 7/4/04 of Santiago in Lawrence

188. Two Photographs of surveillance occurring on 6/4/04 of Santiago entering 289 Mechanic Street, Leominster

189. One CD of original cassette recordings of conversations between TFA Marcos Chavez and Zuleima Reyes on 3/17/04, 3/18/04, 3/19/04 and 3/23/04

190. Composite CD of original cassette recordings of conversations between TFA Marcos Chavez and Zuleima Reyes on 3/17/04, 3/18/04, 3/19/04 and 3/23/04

191. Plastic baggies with cut corners, paper napkin wrapped in tan tape, and piece of mail to 235 18th Street, Dracut MA, related to trash pull occurring on 3/20/04

192. Video Tape of surveillance occurring on 2/12/04 of Santiago meeting with Rivera

193. Composite CD of surveillance occurring on 2/12/04 of Santiago meeting with Rivera

194. One CD of original cassette recordings of conversations between TFA Marcos Chavez and Zuleima Reyes on 2/10/04, 2/11/04, 1/12/04, 2/13/04

195. Composite CD recordings of conversations between TFA Marcos Chavez and Zuleima Reyes on 2/10/04, 2/11/04, 1/12/04, 2/13/04

196. Video tape of meeting between TFA Marcos Chavez and Zuleima Reyes on 1/30/04

197. Composite video tape of meeting between TFA Marcos Chavez and Zuleima Reyes on 1/30/04

198. One CD of original cassette recordings of conversations between TFA Marcos Chavez and Zuleima Reyes on 1/30/04

199. One CD of surveillance of meeting between TFA Marcos Chavez and Zuleima Reyes on 1/30/04

200. One CD of original cassette recordings of conversations between TFA Marcos Chavez, Zuleima Reyes and Reynaldo Rivera on 1/14/04

201. One CD of audio and video tape of visual surveillance of meeting between TFA Marcos Chavez and Zuleima Reyes on 1/7/04

202. One CD of original cassette recordings of conversations between TFA Marcos Chavez and Zuleima Reyes on 1/7/04

203. One CD of audio and video tape of visual surveillance of meeting between TFA Marcos Chavez and Zuleima Reyes on 12/18/03

204. One CD of original cassette recordings of conversations between TFA Marcos Chavez and Zuleima Reyes on 12/18/04

205. One CD of audio and video tape of visual surveillance of meeting between TFA Marcos Chavez and Santiago Arroyo on 12/10/03

206. One CD of original cassette recordings of conversations between TFA Marcos Chavez and Reynaldo Rivera on 12/10/03

207. One CD containing copy of original GPS data for Santiago's minivan from 7/18/04 through 10/15/04

208. Composite CD of GPS data for Santiago's minivan from 7/18/04 through 10/15/04

209. One photograph of Julio Santiago

210. One photograph of Reynaldo Rivera

211. One photograph of Juan Nunez

212. One photograph of Luis Sanchez

213. One photograph of Santiago Arroyo

214. One photograph of Zuleima Reyes

215. One photograph of Carlos Sanchez

216. One photograph of Edwin Torrez

217. One photograph of Enrique Agosto

218. One photograph of Pedro A. Miranda

219. One photograph of Jose Rodriguez

220. One photograph of Jose Torrado

221. One chart depicting the photographs of Julio Santiago, Jose Torrado, Jose Rodriguez, Pedro Miranda, Enrique Agosto, Edwin Torrez, Carlos Sanchez, Zuleima Reyes, Santiago Arroyo, Luis Sanchez, Juan Nunez, and Reynaldo Rivera with corresponding telephone numbers.

222. Map of area of Wilder Street, Adams Street, Blackbrook

Drive, and  Rosewood Lane, Lowell MA

223. Video Tape of interior and exterior of 264 Mechanic Street, Leominster MA

224. Diagram of interior of 264 Mechanic Street, Leominster MA

225. Transcript of Recorded
     Conversation Between Agosto/Santiago      6/30/04   10:20AM

226. Transcript of Recorded
     Conversation Between Agosto/Santiago      6/30/04   12:16PM

227. Transcript of Recorded
     Conversation Between Agosto/Santiago      6/30/04   1:10PM

228. Transcript of Recorded
     Conversation Between Agosto/Santiago      6/30/04   1:33PM

229. Transcript of Recorded
     Conversation Between Agosto/Santiago      7/1/04    4:34PM

230. Transcript of Recorded
     Conversation Between Agosto/Santiago      7/1/04    4:49PM

231. Transcript of Recorded
     Conversation Between Agosto/Santiago      7/2/04    7:46AM

232. Transcript of Recorded
     Conversation Between Agosto/Santiago      7/2/04    8:15AM

233. Transcript of Recorded
     Conversation Between  Agosto/Santiago     10/9/04   7:23PM

234. Transcript of Recorded
     Conversation Between Agosto/Santiago      10/9/04   8:02PM

235. Transcript of Recorded
     Conversation Between Agosto/Santiago      10/9/04   8:45PM

236. Transcript of Recorded
     Conversation Between Agosto/Santiago      10/9/04   9:04PM

237. Transcript of Recorded
     Conversation Between Miranda/Santiago     8/26/04   6:52PM

238. Transcript of Recorded
     Conversation Between Miranda/Santiago     8/27/04   5:51PM

239. Transcript of Recorded
     Conversation Between Miranda/Santiago     9/2/04    1:19PM

14

240. Transcript of Recorded
     Conversation Between Miranda/Santiago    9/2/04    5:54PM

241. Transcript of Recorded
     Conversation Between Miranda/Santiago    9/5/04    1:59PM

242. Transcript of Recorded
     Conversation Between Nunez/Santiago    10/6/04    3:26PM

243. Transcript of Recorded
     Conversation Between Nunez/Santiago    10/8/04    1:02PM

244. Transcript of Recorded
     Conversation Between Nunez/Santiago    10/13/04 6:36PM

245. Transcript of Recorded
     Conversation Between Rivera/Reyes/UC    2/12/04

246. Transcript of Recorded
     Conversation Between Rivera/Santiago    3/18/04    12:47PM

247. Transcript of Recorded
     Conversation Between Rivera/Santiago    6/7/04    11:54AM

248. Transcript of Recorded
     Conversation Between Rivera/Santiago    6/7/04    12:09PM

249. Transcript of Recorded
     Conversation Between Rivera/Santiago    6/7/04    12:32PM

250. Transcript of Recorded
     Conversation Between Rivera/Santiago    6/7/04    1:13PM

251. Transcript of Recorded
     Conversation Between Rivera/Santiago    6/7/04    1:22PM

252. Transcript of Recorded
     Conversation Between Rivera/Santiago    6/7/04    6:07PM

253. Transcript of Recorded
     Conversation Between Rivera/Santiago    6/8/04    7:01PM

254. Transcript of Recorded
     Conversation Between Rivera/Santiago    7/7/04    9:50PM

255. Transcript of Recorded
     Conversation Between Rivera/Santiago    7/7/04    12:47PM

256. Transcript of Recorded
     Conversation Between Rivera/Santiago    7/7/04    1:10PM

257. Transcript of Recorded
     Conversation Between Rivera/Santiago      7/7/04    1:20PM

258. Transcript of Recorded
     Conversation Between Rivera/Santiago      7/7/04    1:22PM

259. Transcript of Recorded
     Conversation Between Rivera/Santiago      7/7/04    1:39PM

260. Transcript of Recorded
     Conversation Between Rivera/Santiago      7/7/04    1:41PM

261. Transcript of Recorded
     Conversation Between Rivera/Santiago      7/7/04    1:42PM

262. Transcript of Recorded
     Conversation Between Rivera/Santiago      7/7/04    1:43PM

263. Transcript of Recorded
     Conversation Between Rivera/Santiago      7/7/04    1:43PM

264. Transcript of Recorded
     Conversation Between Rivera/Santiago      8/26/04   6:36PM

265. Transcript of Recorded
     Conversation Between Rivera/Santiago      8/26/04   8:06PM

266. Transcript of Recorded
     Conversation Between Rodriguez/Santiago   6/6/04    11:49AM

267. Transcript of Recorded
     Conversation Between Rodriguez/Santiago   6/6/04    4:06PM

268. Transcript of Recorded
     Conversation Between Rodriguez/Santiago   8/26/04   7:42PM

269. Transcript of Recorded
     Conversation Between Rodriguez/Santiago   8/27/04   12:47PM

270. Transcript of Recorded
     Conversation Between Rodriguez/Santiago   8/27/04   12:48PM

271. Transcript of Recorded
     Conversation Between Rodriguez/Santiago   8/27/04   12:59PM

272. Transcript of Recorded
     Conversation Between Rodriguez/Santiago   8/27/04   1:01PM

273. Transcript of Recorded
     Conversation Between Rodriguez/Santiago   9/2/04    9:12AM

274. Transcript of Recorded
     Conversation Between Sanchez/Santiago    6/4/04    3:50PM

275. Transcript of Recorded
     Conversation Between Sanchez/Santiago    6/4/04    6:12PM

276. Transcript of Recorded
     Conversation Between Sanchez/Santiago    6/6/04    11:19AM

277. Transcript of Recorded
     Conversation Between Sanchez/Santiago    6/7/04    12:32PM

278. Transcript of Recorded
     Conversation Between Sanchez/Santiago    7/5/04    9:56PM

279. Transcript of Recorded
     Conversation Between Sanchez/Santiago    7/6/04    11:50AM

280. Transcript of Recorded
     Conversation Between Sanchez/Santiago    7/6/04    12:21PM

281. Transcript of Recorded
     Conversation Between Sanchez/Santiago    8/26/04    11:32AM

282. Transcript of Recorded
     Conversation Between Sanchez/Santiago    8/26/04    11:49AM

283. Transcript of Recorded
     Conversation Between Sanchez/Santiago    8/26/04    2:03PM

284. Transcript of Recorded
     Conversation Between Sanchez/Santiago    8/26/04    5:50PM

285. Transcript of Recorded
     Conversation Between Sanchez/Santiago    8/26/04    5:57PM

286. Transcript of Recorded
     Conversation Between Sanchez/Santiago    8/26/04    6:06PM

287. Transcript of Recorded
     Conversation Between Sanchez/Santiago    8/27/04    4:44PM

288. Transcript of Recorded
     Conversation Between Sanchez/Santiago    9/2/04    5:54PM

289. Transcript of Recorded
     Conversation Between Sanchez/Santiago    9/2/04    6:33PM

290. Transcript of Recorded
     Conversation Between Sanchez/Santiago    10/1/04    5:34PM

291. Transcript of Recorded
     Conversation Between Sanchez/Santiago    10/2/04    11:51AM

292. Transcript of Recorded
     Conversation Between Sanchez/Santiago    10/2/04    6:57PM

293. Transcript of Recorded
     Conversation Between Sanchez/Santiago    10/7/04    11:51AM

294. Transcript of Recorded
     Conversation Between Sanchez/Santiago    10/7/04    11:55AM

295. Transcript of Recorded
     Conversation Between Torrado/Santiago    6/2/04    2:46PM

296. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/26/04    4:41PM

297. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/26/04    4:48PM

298. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/26/04    6:17PM

299. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/26/04    6:18PM

300. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/26/04    9:51PM

301. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/27/04    12:33PM

302. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/27/04    1:00PM

303. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/27/04    1:18PM

304. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/27/04    1:26PM

305. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/27/04    1:37PM

306. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/27/04    1:38PM

307. Transcript of Recorded
     Conversation Between Torrado/Santiago    8/27/04    2:02PM

308. Transcript of Recorded
     Conversation Between Torrado/Santiago    9/1/04    6:34PM

309. Transcript of Recorded
     Conversation Between Torrado/Santiago    9/1/04    6:42PM

310. Transcript of Recorded
     Conversation Between Torrado/Santiago    9/2/04    4:55PM

311. Transcript of Recorded
     Conversation Between Torrez/Santiago    6/2/04    2:26PM

312. Transcript of Recorded
     Conversation Between Torrez/Santiago    6/2/04    2:46PM

313. Transcript of Recorded
     Conversation Between Torrez/Santiago    6/30/04    10:12AM

314. Transcript of Recorded
     Conversation Between Torrez/Santiago    6/30/04    11:31AM

315. Transcript of Recorded
     Conversation Between Torrez/Santiago    8/19/04    6:48PM

316. Transcript of Recorded
     Conversation Between Torrez/Santiago    8/19/04    7:21PM

317. Transcript of Recorded
     Conversation Between Torrez/Santiago    8/20/04    12:08PM

318. Transcript of Recorded
     Conversation Between Torrez/Santiago    9/1/04    4:20PM

319. Transcript of Recorded
     Conversation Between Torrez/Santiago    9/1/04    6:06PM

320. Transcript of Recorded
     Conversation Between Torrez/Santiago    9/2/04    5:43PM

321. Transcript of Recorded
     Conversation Between Torrez/Santiago    9/2/04    5:53PM

322. Transcript of Recorded
     Conversation Between Torrez/Santiago    9/2/04    7:03PM

323. Transcript of Recorded
     Conversation Between Torrez/Santiago    9/2/04    7:23PM

324. Transcript of Recorded
     Conversation Between Torrez/Santiago    9/2/04    7:43PM

```
325. Transcript of Recorded
     Conversation Between Torrez/Santiago      10/5/04  12:02PM
326. Transcript of Recorded
     Conversation Between Torrez/Santiago      10/5/04  12:13PM
```

This list does not include exhibits that the United States may determine are necessary for rebuttal. Physical evidence, which is not capable of reproduction, is available for inspection. By providing a List of Potential Exhibits, the government is not representing that it necessarily intends to introduce into evidence at trial each item listed above. The United States reserves its right to amend its exhibit list before the commencement of trial. The United States will notify counsel immediately if any such additions or amendments are made.

```
                         MICHAEL J. SULLIVAN
                         United States Attorney


                  By:   /s/ William F. Bloomer
                        WILLIAM F. BLOOMER
                        Assistant U.S. Attorney
```

### CERTIFICATE OF SERVICE

I, William F. Bloomer, hereby certify that this document filed through the ECF system on September 22, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants this date via US Postal Service, postage prepaid.

```
                         /s/William F. Bloomer
                         WILLIAM F. BLOOMER
```

Date: 22 September 2006