UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CRIMINAL NO. 04-10336-NMG |
| LUIS SANCHEZ, ) | |
| Defendant ) | |
| ) | |
| ) | |

**Luis Sanchez' Opposition to Government's Motion in Limine Regarding English-Language Translations of Tape-Recorded Conversations**

Now comes the Defendant, Luis Sanchez, by and through his counsel, and hereby opposes the government's motion *in limine* regarding English-language translations of Spanish conversations to the extent the government seeks to introduce as evidence the government's version of the transcripts. To date, the government has not yet provided the defendants with their proposed transcripts, so the defendant has been unable to compare them to the transcripts prepared by his court-appointed interpreter. To the extent there are no material discrepancies between the government's transcripts and the defendant's transcripts, the defendant does not object to the admission of the government's English transcripts. If there are differences amongst the competing transcripts, the defendant does object to the government's version of the transcripts being admitted as evidence. See United States v. Rengifo, 789 F.2d 975, 982 (1st Cir.1986) ("It can hardly be argued that accurate transcripts of properly authenticated and relevant wiretap recordings are not relevant evidence.") (emphasis added). Furthermore, to the extent material differences exist amongst the competing transcripts, the defendant objects to the government being allowed to read their version of the transcripts to the jury.

1

Additionally, to the extent material differences exist in the competing transcripts, the defendant objects to the government's admission or use of the transcripts unless and until the government calls as witnesses the translators utilized by the government, such that their qualifications and their familiarity with different Spanish dialects is established, and the accuracy of the transcripts can be examined before the jury.  See Rengifo, 789 F.2d at 983 (finding no abuse of discretion in admission of English transcripts where the "qualifications of the government's translators and the word-for-word accuracy of the transcripts were explored in depth at trial," and where both translators "were called as witnesses and defense counsel cross-examined them extensively on their familiarity with different Spanish dialects and on the accuracy of the tapes generally").

Luis Sanchez,
By his attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein
Mass Bar No. 630584
20 Park Plaza, Suite 903
Boston, MA  02116
(617) 742-9015

Dated: September 25, 2006

**CERTIFICATE OF SERVICE**

I, Robert M. Goldstein, hereby state that a true copy of the foregoing document has been served via the electronic filing upon all registered parties, including Assistant U.S. William Bloomer, on this date, September 25, 2006.

**/s/ Robert M. Goldstein**
Robert M. Goldstein