**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA      )
                              )      CRIMINAL NO.: 04-10336-NMG
          v.                  )
                              )
JULIO SANTIAGO, et al.        )

**UNITED STATES' AMENDED LIST OF POTENTIAL WITNESSESS**

The United States of America, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William F. Bloomer, Assistant U.S. Attorney, hereby submits the following list of witnesses for trial in the above-referenced matter.

Government Witnesses

1.   DEA Task Force Agent (TFA) Marco Chavez
     Lowell Police Department

2.   Special Agent (SA) Michael O'Shaughnessy
     Drug Enforcement Administration (DEA)

3.   Detective William John Samaras
     Lowell Police Department

4.   SA Calice Couchman
     DEA

5.   Lt. Terry G. Hanson
     Massachusetts State Police

6.   SA Todd Prough
     DEA

7.   TFA David Chartrand
     DEA

8.   Detective Felix Figueroa
     Lowell Police Department

9.   Detective Christopher Hanson
     Lowell Police Department

10.  SA Greg Willoughby
     DEA

11.  TFA Kevin Swift
     Salem Police Department, NH

12.  TFA Brian Proulx
     Haverhill Police Department

13.  SA Glenn Colletti
     DEA

14.  TFA Greg Hudson
     Lowell Police Department

15.  Detective James Faye
     Lowell Police Department

16.  Sgt. Stephen Walsh
     Mass. State Police

17.  SA Eric Kotchian
     ATF

18.  Chemist John E. Drugan
     Mass. State Police Crime Lab

19.  Richard Vasquez
     ATF

20.  Officer Peter Kelleher
     Lowell Police Department

21.  Detective Christopher Doolin
     Lowell Police Department

22.  Sgt. James Trudell
     Lowell Police Department

23.  SA James Connolly
     DEA

24.  Trooper John Jakobowski
     Massachusetts State Police

25.  Lt. Brian O'Hara
     Massachusetts State Police (retired)

26.  Michael Oppenheim
     ATF

27.  Trooper Jamie Cepero
     Massachusetts State Police

28   Trooper Mark Capponett
     Massachusetts State Police

29.  Trooper David Crouse
     Massachusetts State Police

30.  Detective John K. Loney
     NYPD

31.  SA Norton Cordova
     DEA

32.  Della Saunders
     Chemist, Department of Public Health

33.  Michael Lawler
     Chemist, Department of Public Health

34.  Xiu Ying Gao
     Chemist, Department of Public Health

35.  Mai Ngoc Tran
     Chemist, Department of Public Health

36.  Detective Bryan McMahon
     Lowell Police Department

37.  Lawrence Giordano
     Essex County Sheriff's Department

38.  SA Dennis Barton
     DEA

39.  Detective Mark Rivet
     Lawrence Police Department

40.  Lt. Greg Dern
     Massachusetts State Police

41.  Detective Joseph Jakutis
     Dracut Police Department

42.  Sgt William Canty
     Massachusetts State Police

43. Detective Linda Coughlin
    Lowell Police Department

44. SA Kevin Frye
    DEA

45. Trooper Robert S. MacAllister
    Massachusetts State Police

46. Sergeant David Chartrand
    Dracut Police Department

47. Trooper Joseph Masterson
    Massachusetts State Police

48. Detective Jose Rivera
    Lowell Police Department

49. Sgt. Barry Golner
    Lowell Police Department

50. Officer David Ferry
    Lowell Police Department

51. Detective Ann Lessieur
    Lowell Police Department

52. Detective Daniel Ahern
    Chelmsford Police Department

53. Lydia L. Gonzalez
    Lowell Police Department

54. Sandra Lipchus
    Chemist, Department of Public Health

55. Nancy Tisei
    Chemist, Department of Public Health

56. Detective Kelly Richardson
    Lowell Police Department

57. Jennifer Chu
    DEA Chemist

58. Michael Frayne
    DEA Forensic Analyst

59. Detective Cuebas
    NYPD

60. Sandra Lipchus
    Chemist, Department of Public Health

Civilian Witnesses

61. David Joly, Fitchburg, MA

62. James Mellor, Leominster, MA

63. Allen Ottens, Lowell, MA

64. Michael Noble, Lowell, MA

Keeper of the Records

65. AT&T Wireless

66. Nextel

67. Sprint PCS

68. T-Mobile

69. KeySpan

70. ComCast

71. MetroCall Wireless

72. New England Paging

73. Massachusetts Department of Public Health

74. Massachusetts Registry of Motor Vehicles

The government reserves the right to amend or supplement the above witness list at any time prior to or during trial. By including the names of "potential" witnesses, the government makes no representation as to whether it will actually call any of the above-listed individuals as witnesses at trial. Should

the defendant desire the attendance of any of the above witnesses at trial, she/he should serve them with appropriate process or contact the undersigned prosecutor to see if arrangements can be made for their production.

This list does not include witnesses that the United States may determine are necessary for rebuttal.  The United States reserves its right to amend its witness list at any time before the commencement of trial.  The United States will notify counsel immediately if any such additions or amendments are made.

MICHAEL J. SULLIVAN
United States Attorney


By:  /s/ William F. Bloomer
WILLIAM F. BLOOMER
Assistant U.S. Attorney


**CERTIFICATE OF SERVICE**

I, William F. Bloomer, hereby certify that this document filed through the ECF system on October 2, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants this date via US Postal Service, postage prepaid.


/s/William F. Bloomer
WILLIAM F. BLOOMER


Date: 2 October 2006

6