UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | CRIMINAL NO. 04-10336-NMG |
| LUIS SANCHEZ, | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

### **Motion For Additional Funds for Interpreting Services**

Now comes the Defendant, Luis Sanchez, by and through counsel, and hereby

moves the Court for an order authorizing expenditure of an additional $2000.00 for the

services of an interpreter in this matter, as well as the preparation of the transcript from

the Rule 11 hearing.  As grounds and reasons therefore, the defendant states that the

Court previously authorized $1600.00 in Criminal Justice Act funds for the services of an

interpreter and invoices to date have now exceeded said amount.  Additional interpreter

services are necessary in connection with reviewing the Presentence Report and the Rule

11 colloquy with the defendant, preparing objections to the Presentence Report, as well

as with regard to preparing for sentencing in this matter.

Wherefore, the defendant respectfully requests an order authorizing expenditure

up to $2000.00 for the services of an interpreter and the preparation of a transcript in this

matter.

1

2

Luis Sanchez,
By his attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston, MA  02116
(617) 742-9015

Dated: February 23, 2007

### CERTIFICATE OF SERVICE

I, Robert M. Goldstein, hereby state that a true copy of the foregoing document has been served via the electronic filing upon all registered parties, including Assistant U.S. William Bloomer, on this date, February 23, 2007

**/s/ Robert M. Goldstein**
Robert M. Goldstein