# ALPINE
## ENVIRONMENTAL INC.
Lead Paint Abatement    •    Mold Remediation

Exhibit 1

April 13, 2007

Robert M. Goldstein
Attorney at Law
The Statler Building
20 Park Plaza, Suite 903
Boston, MA 02116

Re: Luis R. Sanchez

Mr. Goldstein,

As the President of Alpine Environmental, Luis R. Sanchez was an employee in the carpentry & abatement field for over 4 years, and under my supervision.

In regard to his work schedule, I would like to verify that his position was full time, 40 hours per week. Luis was a very reliable employee, showing up on time and doing excellent work.

On behalf of myself and Luis's co-workers, I would like to personally add that while Luis was an employee, we found him to be a very pleasant and friendly person.

It has been a pleasure knowing and working with Luis, and we intend to re-hire him when he is available. Please contact me if you have any questions, or if I can be of further assistance.

Sincerely,

Ronald Peik
Alpine Environmental, Inc.