Mi Respeto Para Usted Su Señoria.

Exhibit 2

Primero que Todo yo lepido Disculpa a Usted porque Usted Representa a la Sociedad que yo Falte y a la misma Ves Aprovecho para Decirle que en este Tiempo que yo epasado en Prision Eaprendido lo que es el mundo de las Drogas. Y Con esta Dura Esperiencia yo estoy Seguro que Nunca Voy a Volver a Acer algo malo por que esto me a Servido para yo Poder Oriental a mis hijos para que Nuncai pasen poresto y a la misma Ves yo le Pido que Usted Tenga Consideracion Con migo por que yo Soy un hombre que Toda mivida lo hunico que Ehecho es Trabajar y Dedicarsela a mi familia pero Con esta Esperiencia yo Se que Nunca Volvere a Fallar es Cuanto Gracias.

Exhibit 2

With all due respect for Your Honor.

First of all I ask for your forgiveness because you represent the society that I failed and at the same time I take this opportunity to tell you that during the time that I have spent in prison I have learned what the world of drugs is about; and with this harsh experience I am sure that I will never do anything bad again; because this has served me to be able to guide my children so they never have to go through this and at the same time I ask that you have some consideration for me because I am a man who, through all my life, the only thing I have done is dedicate it to my family and to work but with this experience I know that I will not fail again. That is all. Thank you.

Exhibit 2

# CERTIFICATION

I, the undersigned Rafael A. Rodríguez, member of the American Translators' Association, hereby certify that the English texts attached hereto are, to the best of my ability, knowledge and belief, true, complete and correct translations of the original documents:

— "With all due respect for Your Honor" ("Mi respeto para usted Su Señoría")

April 11, 2007

*[signature]*

Rafael A. Rodríguez
Certified – United States District Court
115 Richardson Avenue
Dracut, MA 01826
617-803-3425