April 23, 2007

Glenda Sanchez
427 Rosewood Ln
Lowell MA 01851

**Re: Luis Sanchez**

To Whom It May Concern:

I would like to say that my husband s a wonderful person. He is very a smart man who works hard for what he wants. When I met my husband we were both living in Puerto Rico. I had just moved there with my parents. He was working on a sugar cane plantation. He played baseball and Disc Jockey while working on plantation. During our courtship I never got any impression that he was a bad person and I sill feel that way. He has been an excellent father and husband. He has been missed greatly.

Yours Truly,

*Glenda Sanchez*

Glenda Sanchez
Hemo-Dialysis Technician
DCI Inc. Billerica
978-294-1000
glenda.sanchez@dciinc.org