April 13, 2007

Edna Rodriguez
104-B Downey Drive
Manchester, CT 06040

Re: Luis Sanchez

To Whom It May Concern:

I am please to write this letter on behalf of Mr. Sanchez by way of introduction. I first met Mr. Sanchez when he began courting my sister nearly 15 years ago. He has been happily married to my sister for 5 years. Since knowing Mr. Sanchez, he has enriched and touched the life of both my sister, my children and myself.

He is an upstanding and magnificent father of two young children. Mr. Sanchez relishes his role as a parent and he is very active in his childrens' lives. When not spending time with his children Mr. Sanchez works as a skilled carpenter. Having known Mr. Sanchez for such a long period of time, I can attest to his character as a caring, affectionate, and generous individual.

Should you have further questions regarding Mr. Sanchez, please contact me at 860-543-9357.

Sincerely,

Edna Rodriguez
Legal Assistant
Greater Hartford Legal Aid, Inc.